1  SEYFARTH SHAW LLP
   Jon Meer (SBN 144389)
2  E-mail: jmeer@seyfarth.com
   Bethany A. Pelliconi (SBN 182920)
3  E-mail: bpelliconi@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:   (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendant
   PACTIV LLC

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 MARK WILSON, individually, and on      Case No.  5:20-cv-1691
   behalf of other members of the general
13 public similarly situated,             **DECLARATION OF JUSTIN D.**
                                          **BOWLIN IN SUPPORT OF**
14              Plaintiff,                **DEFENDANT PACTIV LLC'S**
                                          **NOTICE OF REMOVAL**
15         v.
                                          (San Bernardino Superior Court, Case
16 PACTIV LLC, a Delaware limited          No. CIV DS 2012450)
   liability company; and DOES 1 through
17 10, inclusive,                         Complaint Filed:   May 29, 2020
                                          Trial Date:        None Set
18              Defendants.

19

20

21

22

23

24

25

26

27

28

───────────────────────────────────────────────
       DECLARATION OF JUSTIN D. BOWLIN ISO DEFENDANT'S NOTICE OF REMOVAL
65352655v.1

I, JUSTIN D. BOWLIN, hereby declare and state as follows:

1.      I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently as to their accuracy.

## I.   INFORMATION ABOUT THE DECLARANT

2.      I am the Chief Human Resources Officer for Defendant Pactiv, LLC ("Pactiv").  My office is located at 1900 W. Field Court, Lake Forest, Illinois, in Pactiv's corporate headquarters.  In my position, I have access to Pactiv's personnel records and employee data as it is maintained in the ordinary course of business.  I am also familiar with the corporate and organizational structure of Pactiv.  The facts stated in this declaration are based on my review of Pactiv's official personnel records, employee data and other business records as they are maintained in the ordinary course of business.

3.      I am familiar with the Complaint in the lawsuit filed by Plaintiff Mark Wilson in the Superior Court for the County of San Bernardino, California against Pactiv.

## II.   INFORMATION ABOUT PACTIV

4.      Pactiv is now, and ever since this action commenced has been, a corporation incorporated in, and organized under the laws of the State of Delaware.

5.      At all times since this action commenced, Pactiv's principal place of business and corporate headquarters have been located in Lake Forest, Illinois where its major executive and administrative operations are conducted.  Pactiv's President and other corporate leaders have their offices at Pactiv's corporate headquarters in Lake Forest, Illinois.  The core executive and administrative functions for Pactiv are, and since this action commenced, have been carried out in Lake Forest, Illinois.  Pactiv's overall executive and administrative functions have not occurred in the State of California.

## III.   INFORMATION ABOUT PLAINTIFF MARK WILSON

6.      Based on my review of the relevant personnel records, Plaintiff Mark Wilson was employed by Pactiv as a Lift Truck Operator in San Bernardino, California from August 24, 2017 to March 19, 2020.  As reflected in Pactiv's personnel records,

1

Plaintiff provided Pactiv with a California residence address at the time he was hired, and did not at any time thereafter provide Pactiv with any non-California residence address.

## IV.    INFORMATION ABOUT THE CLASS

7.    Based on my review of Pactiv's company records, from May 28, 2016 through the present, Pactiv employed 1,418 non-exempt hourly employees in California; these employees worked a total of 199,414 work weeks during that time period, and their average hourly rate of pay is $19.75.

8.    Based on my review of Pactiv's company records, the employment of 472 of Pactiv's non-exempt hourly California employees ended between May 28, 2017 and the present.

9.    Pactiv pays its non-exempt hourly employees in California on a biweekly basis for approximately 26 pay periods per year.

## V.    INFORMATION ABOUT THE UNION AND COLLECTIVE BARGAINING AGREEMENT

10.    Since May 28, 2016, the employment of some of Pactiv's California non-exempt employees has been governed by a collective bargaining agreement between Pactiv and the Union (the "CBA").  True and correct copies of the CBAs that have governed these employees are attached hereto, respectively, as **Exhibits A** and **B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on August 19, 2020 at Lake Forest, Illinois.

Justin D. Bowlin

2

DECLARATION OF JUSTIN D. BOWLIN ISO DEFENDANT'S NOTICE OF REMOVAL

65352655v.1

# EXHIBIT A

AGREEMENT
DATED DECEMBER 1, 2017
BY AND BETWEEN

PACTIV CORPORATION
STOCKTON, CALIFORNIA PLANT

AND THE

ASSOCIATION OF
WESTERN PULP AND
PAPER WORKERS

## Contents

NON-DISCRIMINATION ...................................................................................................................... 4

SECTION 1 – Rights of the Parties ..................................................................................................... 4

SECTION 2 – Recognition .................................................................................................................. 5

SECTION 3 – Union Security ............................................................................................................. 5

SECTION 4 – Payroll Deduction of Union Dues ................................................................................ 5

SECTION 5 – No Interruption of Work ............................................................................................. 6

SECTION 6 – Definitions ................................................................................................................... 6

SECTION 7 – Holidays ....................................................................................................................... 7

SECTION 8 – Wages .......................................................................................................................... 9

SECTION 9 – Hours of Work ............................................................................................................. 9

SECTION 10 – Allowance for Failure to Provide Work ................................................................... 10

SECTION 11 – Call Time .................................................................................................................. 11

SECTION 12 – Employee Obligation ............................................................................................... 13

SECTION 13 – Contracting of Work ................................................................................................ 13

SECTION 14 – Discharge and Discipline ......................................................................................... 13

SECTION 15 – Bulletin Boards ........................................................................................................ 14

SECTION 16 – Safety ....................................................................................................................... 14

SECTION 17 – Seniority .................................................................................................................. 14

SECTION 18 – Ground Rules ........................................................................................................... 19

SECTION 19 – Supervisors .............................................................................................................. 19

SECTION 20 – Vacations ................................................................................................................. 19

SECTION 21 – Jury Duty and Subpoenaed Witness Allowance ...................................................... 23

SECTION 22 – Bereavement/Funeral Leave ................................................................................... 23

SECTION 23 – Welfare Plan ............................................................................................................ 23

SECTION 24 – Pension Plan ............................................................................................................ 28

SECTION 25 – 401(K) PLAN ............................................................................................................ 28

SECTION 26 – Adjustment of Grievances ....................................................................................... 29

SECTION 27 – Appeal from Discharge or Suspension ..................................................................... 30

SECTION 28 – General Provisions Regarding Arbitration................................................................ 31

SECTION 29 – Arbitration ............................................................................................................... 31

SECTION 30 – Matters Covered and Complete Agreement ............................................................ 32

SECTION 31 – Provisions Found to be in Contravention of Laws ...................................................... 33

SECTION 32 – Leaves of Absence for Union Business ........................................................................ 33

SECTION 33 – Terms of Agreement and Changes in Agreement ...................................................... 34

EXHIBIT A ......................................................................................................................................... 36

    SECTION I – WAGE RATES AND JOB CLASSIFICATIONS ............................................................... 36

    SECTION II – Rates When Moved from Regular Job ..................................................................... 38

    SECTION III – Job Evaluation ....................................................................................................... 38

    SECTION IV – Overtime ................................................................................................................ 39

    SECTION V – Night Shift Differential ............................................................................................ 40

    SECTION VI – Finishing Operators Move from "B" to "A" ............................................................ 40

    SECTION VII – Safety Shoes & Tools ............................................................................................ 41

    SECTION VIII – Job Descriptions .................................................................................................. 41

**AGREEMENT dated December 1, 2017**
**by and between**
**PACTIV**
**STOCKTON, CALIFORNIA PLANT**
**(The Company)**

**and the**

**ASSOCIATION OF WESTERN PULP**
**AND PAPERWORKERS**
**(The Signatory Union)**

**WITNESSETH:**
**NON-DISCRIMINATION**

Neither the Company nor the Union shall discriminate against any employee because of race, color, religion, sex, or national origin.

## SECTION 1 – Rights of the Parties

The Signatory Union has all rights, which are specified in the subsequent Sections of this Agreement and retain all rights granted by law except as such rights may be limited by provisions of this Agreement.

The management of the Plant and the direction of the working force, including the right to hire, suspend, or discharge for proper cause, or transfer, and the right to relieve employees from duty for legitimate reasons, is vested exclusively in the Company, provided that this authority shall not be used in violation of other terms of this Agreement.

It is the intent and purpose of the parties hereto that this Agreement will promote and improve the industrial and economic relations between the employees of the Company and the Company, and to set forth herein the basic agreement covering rates of pay; hours of work and conditions of employment to be observed between the parties hereto. This Agreement recognizes the mutual interest of the Company and the employees in the operation of the Company's plant to attain economy of operation, safety to employees, quantity and quality of output, and protection of property and cleanliness of plant. The parties hereto agree that they will cooperate fully, individually and collectively, for the advancement of these conditions.

Vacancies caused by employees being moved up to a Lead Person role will not be counted to deny other hourly employees their right to vacations or leaves of absences.

The Company may create one or more Lead Person Positions to assist management in the operation of the facility and the direction of the workforce. Lead Persons are intended to lead and assist with the operations of the plant, including covering for absences where needed; they are in no way intended to displace employees from their job duties. The Company will determine the duties and performance expectations of a Lead Person Position, including, without limitation, administrative functions, in accordance with Section 2 and any functions performed by other employees (e.g., operate, maintain or repair equipment; assist with start-ups; etc.), provided the Lead person is qualified to perform the work in a given department. The Company will decide which employees to appoint to Lead Person positions in its sole discretion. Lead Persons, except Administrative Lead, shall be chosen from the departments in which they lead. The Company will decide which employees to remove from Lead Person positions in its sole

discretion. The Company is not required to follow any job bidding or seniority ground rules to fill a Lead Person position. Except where needed to cover for unplanned absences or lack of coverage, employees in Lead Person positions will not be utilized to avoid the payment of overtime to other employees or to displace an employee from their job duties; however, a Lead Person's seniority will count for overtime opportunities in operator or lead roles when available.

Recognizing that employees in Lead Person roles must have the authority to direct the hourly workforce concerning job duties or safety matters, it must also be recognized that only salary supervision will discipline or evaluate employees' job performance or lack thereof.

## SECTION 2 – Recognition

The Company recognizes the Signatory Union as the sole collective bargaining agent of all employees of the Company employed in the plant covered by this Agreement, excepting those engaged in the following: administration, actual supervision, watchman and janitorial duties, sales, engineering and drafting, research and technical occupations requiring professional training, accounting, clerical, stenographic and other office work, and guards, supervisors and professional employees as defined in the Labor Management Relations Act 1947. Neither the Company nor any supervisor or foreman shall have any private understanding or agreement with any individual employee, or group of employees, in conflict with this Agreement.

## SECTION 3 – Union Security

1. Each employee covered by this Agreement shall, as a condition of employment, become and remain a member of the Signatory Union not later than the thirtieth calendar day following his date of employment or the date of execution of this Agreement, whichever is the later date.
2. Union Shop Special Exclusion The Signatory Union and management may agree mutually that an individual employee who has religious objections or other valid objections to membership in the Signatory Union need not be covered by any union shop provisions that may be provided hereafter.
3. The Signatory Union, or its Local Union involved, may request the Company to discharge an employee on account of his failure to become and/or remain a member of Signatory Union as required by this Section 3. Any such request shall be in writing and shall include written evidence offered in support thereof, and copy shall be delivered to the Company and the employee involved. Within ten (10) days after receipt by both the Company and the employee of such request, and after the Company has held a hearing, if demanded by any affected party, the Company shall determine and in writing notify the Signatory Union, or its Local Union, and the employee of its findings. If such findings be adverse to the employee, he shall thereupon be discharged, effective as of the commencement of his next shift. If such findings be unsatisfactory to the Signatory Union, or its Local involved, the decision of the Company may be referred to the President of the Signatory Union, or his representative, and an official of the Company, and if these two are unable to agree upon a satisfactory settlement, thereafter may be submitted to arbitration in accordance with the procedures for such submission set forth in Sections 28 and 29 of this Agreement.

## SECTION 4 – Payroll Deduction of Union Dues

Upon the filing with the Company, by the Financial Secretary of the Local Union, the Company during the life of this Agreement will deduct from the wages due such employee the amounts specified in said authorization on account of Union initiation fees and dues. Each such authorization shall be irrevocable until the termination date of this Agreement or until one year from the date of the authorization, whichever

occurs sooner. The authorization shall thereafter remain in full force until revoked by the employee by written notice to the Company.

The amount of regular dues to be deducted may be revised only by written notice from the Financial Secretary given in advance to the Company.

The Company shall pay over to the Financial Secretary of the Local Union the amount of deductions made in accordance with authorization filed and shall receive therefore the written receipt of the said Financial Secretary in the name of the Local Union. The details as to making of deductions and payments of same to the Local Union shall be arranged by the said Financial Secretary and the Company in such manner as most conveniently fits into the established payroll procedures of the Company and results in payments to the Local Union once a month or more often.

Any deductions made by the Company under the provisions of this Section shall be deemed trust funds until remitted to the Local Union, but such funds need to be kept separate from the company's general funds. The Signatory Union agrees that the company shall be saved harmless with respect to all deductions made and paid to its Local Union in accordance with the provisions of this Section.

## SECTION 5 – No Interruption of Work

It is agreed there shall be no strike, sympathy strike, walkout, slowdown of production, refusal to report for work, or other interruption of work by the Signatory Union, any Local Union, or any employee during the period of this Agreement. It is agreed there shall be no lockouts by the Company during the Period of this Agreement.

In the event that in violation of the provisions of the preceding paragraph a strike, walkout, slowdown of production, refusal to report for work, or other interruption of work shall occur in the plant of the Company, neither the Signatory Union nor the Local Union shall be subject to financial liability for such violation provided that the Signatory Union and the Local Union involved immediately after the beginning of such violation shall have (I) publicly declared such action a violation of this Agreement, and (2) in utmost good faith used its best efforts to terminate such violations; it being further agreed that any employee participating in such violation shall in the discretion of the Company be subject to immediate discharge or other disciplinary action.

## SECTION 6 – Definitions

Whenever used in this Agreement, including Exhibits, the male noun or pronoun is used to include the female noun or pronoun, where applicable, and:

1. The word **EMPLOYEES** means all the employees of the Company in the Plant covered by this Agreement, excepting those engaged in the following; administration, actual supervision, watchman and janitorial duties, sales, engineering and drafting, research and technical occupations requiring professional training, accounting, clerical, stenographic and other office work.
2. The words **REGULAR EMPLOYEE** mean an employee filling a full-time regular position in the organization or an employee regularly employed in the utility capacity, unless such employee has been personally notified in writing that this employment is extra, temporary, or probationary.
3. The word **DAY** means a period of twenty-four (24) hours beginning at 7 a.m.
4. The word **WEEK** means a period of seven consecutive days beginning at 7 a.m. on Monday or at the regular hour for changing shifts nearest to 7 a.m. on Monday.
5. The word **PLANT** means the Stockton, California plant of the Company.
6. The words **LOCAL UNION** mean the Local of the Signatory Union concerned, in which employees of the Company are members.
7. The words **"JOINT STANDING COMMITTEE"** mean the Union Standing Committee and the Company Standing Committee.

8. "Joint Standing Committee meetings will be scheduled monthly with an appropriate amount of time, usually one (1) hour, to conduct Standing Committee business, as outlined in the pre-agreed to agenda by both parties.  In addition, the Chairman of the Company Standing Committee and the Chairman of the Union Standing Committee shall take into account the previous commitments of both parties and the employees' schedule of work in establishing mutually agreeable meeting times".

9. The words **UNION STANDING COMMITTEE** mean a committee appointed by a Local Union, which shall represent the Local Union concerned in the performance of those provisions of this Agreement, which provide for action by a Union Standing Committee.

10. The words **TEMPORARY EMPLOYEE** mean an employee who has been retained to work for a period of up to thirty (30) days.  On or before the thirtieth (30th) day of employment, the Company will notify the temporary employee and the union of its desire to make the temporary employee a full-time Pactiv employee or advise the temporary employee and the union that the temporary employee will be assigned to work on a promotion or project for a period of one hundred and twenty (120) days.  Use of temporary employees for a project, will only occur after discussion and mutual agreement between the Company and the Union Standing Committee.  At the end of the one hundred and twenty (120) day promotional or defined project the temporary employee will be released from Pactiv or offered full-time employment provided there are entry level Packer/Feeder positions open.

The date of hire for any temporary employee offered full-time employment with Pactiv will be the date he was initially retained as a temporary employee by Pactiv.

The intent of this language is to provide the Company with a means for hiring and filling entry level full-time Packer/Feeder positions and to provide temporary labor for promotional periods or defined project work.

11. The words **DESIGNATED DAY OFF** mean the second day off in a week when applied to an employee who has two assigned days off in that week, and mean the single assigned day off when applied to an employee who has one assigned day off in that week.

12. The words **SCHEDULED DAY OFF** mean only the first day off in a week when applied to an employee who has two assigned days off in that week. SCHEDULED DAY OFF applies only to TOUR WORKERS.

13. The words **TOUR WORKERS** mean employees who are engaged in an operation scheduled in advance on a twenty-four (24) hour, seven (7) day per week basis with alternative scheduling.

## SECTION 7 – Holidays

1. There shall be twelve (12) holidays each year. Such holidays are:

| Designation | Length (Hours) | Starting Time | Ending Time | Restricted |
|---|---|---|---|---|
| New Year's Day | 24 | 7 a.m. January 1 | 7 a.m. January 2 | No |
| Good Friday | 24 | 7 a.m. | 7 a.m. | No |

|  |  | Friday | Saturday |  |
|---|---|---|---|---|
| Easter Monday | 24 | 7 a.m. Monday | 7 a.m. Tuesday | No |
| Memorial Day | 24 | 7 a.m. Monday | 7 a.m. Tuesday | No |
| Independence Day | 24 | 7 a.m. July 4 | 7 a.m. July 5 | No |
| Labor Day | 24 | 7 a.m. Monday | 7 a.m. Tuesday | Yes |
| Thanksgiving Day | 24 | 7 a.m. Thanksgiving | 7 a.m. Friday | Yes |
| Day After Thanksgiving | 24 | 7 a.m. Friday | 7 a.m. Saturday | No |
| Day Before Christmas | 24 | 7 a.m. December 24 | 7 a.m. December 25 | Yes |
| Christmas Day | 24 | 7 a.m. December 25 | 7 a.m. December 26 | Yes |
| Day After Christmas | 24 | 7 a.m. December 26 | 7 a.m. December 27 | Yes |
| New Year's Eve | 24 | 7 a.m. December 31 | 7 a.m. January 1 | Yes |

2. Employees who are scheduled to work on the holiday listed will receive thirty-six (36) hours notification.
3. Holiday pay for time not worked will be paid at eight (8) hours straight time rate, provided:
   a. The employee shall have performed work during the thirteen week period immediately preceding the holiday, except new employees and employees on layoff, who shall be required to be on active payroll for a period of thirty (30) days immediately prior to the holiday.
   b. The employee must have worked his scheduled work day before and his scheduled work day after such holiday, unless failure to work his scheduled work days before or after the holiday was due to any of the following events:

    i.   When the employee is on his regularly authorized paid vacation;

    ii.  When the employee is unable to work by reason of an industrial accident as recognized by the Workers' Compensation Board;

    iii.  When the operation in which the employee is engaged is curtailed or discontinued by the decision of management and which curtailment or discontinuance changes or eliminates the employee's scheduled work day before or his scheduled work day after such holiday;

    iv.  When a trade in shifts agreed upon by employees and approved by management results in a temporary change of the scheduled work day before or scheduled work day after a holiday, provided the employee works the shift agreed upon;

    v.  When bona fide sickness or other bona fide compelling reasons beyond the control of the employee prevents the employee from working all or part of his scheduled work day before or his scheduled work day after a holiday, provided the employee affected, or the Local Union in his behalf, brings the case to management's attention within a reasonable time and management approves such reasons as being bona fide and beyond the control of the employee;

    vi.  When the employee prior to a holiday has made a written request to be excused from working all or part of his scheduled work day before and/or after such holiday and has received the written approval of management. Failure to grant approval will not be subject to adjustment procedure but the Union Standing Committee may discuss with the Company any action which appears to it to be discriminatory.

4. On a holiday which is not restricted there are no restrictions upon any work scheduled by management.

5. On a restricted holiday only the following work can be done;
   a. Work necessary in the protection of life and property.
   b. Major maintenance or repair work which is necessary to prevent curtailment of employment of a substantial number of employees.
   c. Any work done by employees on a strictly voluntary basis.

6. An employee shall not receive the holiday pay provided in this section if he is directed to work on his regular job (or relief job if he is then working on a relief job) on such holiday and fails or refuses to work except in the case where a bona fide sickness or other bona fide reason, approved by management, prevents his working on such a holiday.

## SECTION 8 – Wages

Wage rate in accordance with Exhibit A, attached hereto and made a part here of, shall be paid.

## SECTION 9 – Hours of Work

<u>Lunch Break for 8 and 12 Hour Shifts</u>

The current practice of paying a full-time employee for a thirty (30) minute lunch period/break when they work an eight (8) hour shift will continue through May 4, 2014. Beginning May 5, 2014, the thirty (30) minute lunch period/break will be unpaid.

The current practice of paying a full-time employee for two (2) thirty (30) minute lunch period/break periods when they work a twelve (12) hour shift will continue through May 4, 2014. Beginning May 5, 2014 any full-time employee working a twelve (12) hour shift will only be paid for one (1) of the two (2),

thirty minute lunch/break periods allowed.  These employees have the option to waive their second thirty (30) minute lunch/break period, provided they sign and submit a waiver to HR confirming their intent to waive their second thirty (30) minute lunch/break period.   If an employee waives their second thirty (30) minute lunch/break period and they work their full twelve (12) hour shift they will be paid for eleven (11) hours and thirty (30) minutes.

<u>Hours of Work</u>

1. Both parties to this Agreement are committed to maintain the principle of a basic work week of forty two and one half (42 1/2) hours.  The forty-two and one half (42 ½) hour work week will be made up of forty (40) hours of paid work time and two and one half (2 ½) hours  of unpaid lunch time.   The parties also agree that additional time may be worked to permit the operation or protection of the Plant.
2. It will be the policy of the Company that, so far as practicable, the normal forty two and one half (42 1/2) hour work week will be scheduled on a five-day basis.
3. No employee shall work in excess of sixteen (16) consecutive hours.  An employee who works a sixteen (16) hour shift will be paid for two (2) thirty (30) minute lunch breaks.
4. No employee shall be required to work more than one (1) double shift in a week and no employee shall be allowed to work more than two (2) double shifts in a week in nonconsecutive twenty-four hour periods. If a double shift is required and if, after department overtime procedures for filling vacancies have been exhausted, it is necessary for the Company to require a double to fill a vacancy, the employee will have the option of working only four (4) additional hours provided a relief can be obtained. In no case shall any employee be required to work more than two (2) twelve (12) hour shifts in addition to the above double shift requirement, in a week.
5. In all jobs where it is a regular practice to provide relief periods and meal periods to employees, the Company will continue such practice equally for all employees. The mealtime for employees shall be determined by the concerned supervisor in scheduling of operations. Every effort will be made to allow an employee to eat within two (2) hours of the employee's meal time.
6. When an employee who is assigned to work on his scheduled and/or designated days off in any week requests to be relieved from such assignment his supervisor shall make every reasonable effort to provide a qualified replacement.
7. An employee transferred after the start of the week, from one job or shift or schedule to another, shall, solely for the application of the Call Time and Overtime provisions, retain his assigned day or days off for the remainder of the week.
8. The Company will not, solely for the purpose of avoiding the payment of overtime, change the day or days off of an employee in a week after the schedule for that week has been posted.
9. An employee who has been required to work on his assigned day or days off shall not be laid off on one of his scheduled work days in the same week solely for purpose of limiting his hours of work to forty (40).
10. In case where an employee is temporarily off work because of a shutdown of his job, department, or plant extending forty-eight (48) hours or more in excess of that normally encountered in the working schedule the employee's regular schedule of hours per day and days per week, including his starting time, designated day off and scheduled day off, shall be deemed to have been voided and shall no longer be in effect.

## SECTION 10 – Allowance for Failure to Provide Work

1. In case any employee reports for work having been scheduled or ordered to report for such work, unless notified not to report before leaving home for work, and then no work is provided, he shall

receive an allowance of **four (4) hours** pay at his straight time rate for so reporting. In the event that no work is available as a result of fire, flood or catastrophe, no allowance shall be paid.

2. In case any employee has commenced work on his regularly scheduled shift, he shall receive a minimum of **four (4) hours pay** at his straight time rate. In the event that less than **four (4) hours** of work is available and the employee elects to voluntarily leave, with management's permission, the employee will receive pay for actual hours worked.

3. Notwithstanding paragraph 1, above, in case any employee is scheduled or ordered to report for work on his assigned day or days off and he is subsequently notified not to report less than sixteen (16) hours prior to the start of such work, he shall receive an allowance of two (2) hours pay at his straight-time rate. When such employees are scheduled to work as the result of signing the voluntary overtime sheets or through a trade with another employee, and that work is canceled because of the exclusions in 1 above or plant breakdowns, the entitlement to the two (2) hours pay shall be waived.

## SECTION 11 – Call Time

Regular hourly-paid employees will be paid three (3) hours Call Time at the straight-time day rate in addition to the actual hours worked, subject to the following conditions:

1. Call Time will be paid if, in accordance with instructions from management, an employee works on a restricted holiday as defined in Section 7. Call Time is payable for each separate and distinct shift worked on a restricted holiday, wherein any of the shift hours fall within the defined holiday period.

2. Call Time will be paid if, in accordance with instructions from management, an employee works on his designated day off as defined in Section 6 subject to the following exceptions marked (a) and (b):

   (a) When an employee works beyond his shift into his designated day off for a period not to exceed four (4) hours, no Call Time is payable.

   (b) When an employee starts his following day's work within his designated day off, no Call Time is payable if the period of work within the day off does not exceed two (2) hours and if at least sixteen (16) hours' notice thereof has been given prior to the start of such work.

3. Call Time will be paid if, in accordance with instruction from management, an employee works on his scheduled day off as defined in Section 6, subject to the following exceptions marked (a) and (b):

   (a) When notice of the work on his scheduled day off is given at least sixteen (16) hours prior to the start of such work, no Call Time is payable.

   (b) When an employee works beyond his shift into his scheduled day off for a period not to exceed four (4) hours, no Call Time is payable.

4. Call Time will be paid if, in accordance with instruction from management, an employee punches out, either during or at the end of his regular shift and reports for work again in the same day subject to the following exceptions marked (a), (b), (c), and (d):

   (a) When the additional period of work in the same day results from a reasonable meal period, no Call Time is payable.

   (b) When the additional period of work in the same day results from a single recall during a shift after a suspension of work of one (1) hour or more due to a failure of equipment or interruption of power, no Call Time is payable.

    (c) When the additional period of work in the same day extends into the starting time of the employee's established shift on the following day, no Call Time is payable if the period of work within the same does not exceed two (2) hours and if at least sixteen (16) hours' notice thereof, has been given prior to the start of such work.

    (d) This paragraph relating to a recall to work on a separate shift in the same day in addition to an employee's regular shift, is intended to require the payment of Call Time regardless of whether the employee reports for the separate and additional period of work in the same day before he reports for his regular shift provided it is actually a separate period of work apart from his regular shift and does not extend into or out of his regular shift.

5. Call Time will be paid if, in accordance with instruction from management, the starting time of an employee's work is changed to a new starting time either earlier or later than the previously established starting time subject to the following exceptions marked (a) and (b):

    (a) When notice of the change in starting time is given at least sixteen (16) hours prior to the newly established starting, no Call Time is payable.

    (b) When the change in starting time is for a temporary period only, no Call Time is payable for the second change in starting time when the employee changes back to his previously established starting time at the end of the temporary period.

6. It is agreed that the starting time of an employee's work may be changed to any time by the management.

7. It is agreed that when an employee's Designated Day Off is traded for another day off in the same week at his request and for his own convenience, with management's consent but not at management's request, no Call Time is payable, and such a change in day off, made at the employee's request is not to be considered a transfer initiated by the Company as outlined in paragraph 2 in this Section.

8. Certain privileges, such as working on an employee's Scheduled Day Off; Designated Day Off; trading shifts; or reporting for work at an earlier or later starting time than that established, are often requested, including through the sign up process, by employees for their own convenience. Management grants those privileges when approved by the employee's supervisor. The Call Time provisions are not intended to prevent or affect that practice and as those practices are for the employee's convenience, Call Time is not payable in such cases.

9. In a case where an employee is temporarily off work because of a shutdown of his job, department, or plant extending for not less than forty-eight (48) hours in excess of that normally encountered in the working schedule, the employee's regular schedule of hours per day and days per week, including his starting time, Designated Day Off and Scheduled Day Off shall be deemed to have been voided and shall no longer be in effect. Call Time shall not be payable for any assignments to extra work during shutdown period or for assignments in connection with the resumption of operation of the job.

10. It is further understood and agreed that in the payment of Call Time on the basis provided in this Section, not more than one basis shall be used to cover the same period of work nor will Call Time be added to allowances payable under Section 10.

11. An employee other than a regular employee, who has been assigned an established work schedule, will receive the benefits of this section during the period of such assignment.

12. It is agreed that with respect to paragraphs 2, 3, 4, and 5 of this Section, Call Time is not payable in instances created by employee absence and Call Time is not payable on Sundays, when it is not the designated day off.

## SECTION 12 – Employee Obligation

1. All employees shall be at their posts ready to begin work at their scheduled starting times and they shall not quit work in advance of the time their pay stops. It is the duty of a worker to report for his regular shift, unless he has already arranged with his supervisor for a leave of absence. If unavoidably prevented from reporting, he must give notice to his supervisor, or at the office, at least one (1) hour, if practicable, before he is to go on duty.  If it is not practicable to give such one (1) hour notice, he shall give notice as early as practicable. Employees whose jobs require relief shall remain at their posts until relieved by their mate or released by their supervisor and, if necessary, work an extra shift subject to the provisions of Section 9. If requested, a supervisor will make every reasonable effort to provide a relief including an effort to call in appropriate employees, if necessary.

2. In cases where normally no relief is required or where employees who have been relieved are assigned further work, a supervisor will, if requested by the employee, make every reasonable effort to provide a relief. This will include an effort to call in appropriate employees, if necessary, when the period of work is expected to exceed two (2) hours.

## SECTION 13 – Contracting of Work

1. It is the intent of the Company to fully utilize employees in the Plant. Work traditionally and normally performed by Company employees will be performed by these employees unless:
   (a) Appropriate skills are unavailable, or
   (b) Necessary equipment is not reasonable and timely available, or,
   (c) Man-hours necessary to complete the job are unavailable within the time period during which the Company feels the job must be completed, or unless use of Company's personnel would curtail or delay necessary work.

2. If necessary work is to be contracted while employees are on lay-off, management will meet with the Union Standing Committee, discuss and make an honest effort to determine what, if any, part of that necessary work can be performed by laid-off employees.

3. If it becomes necessary to deviate from this intent, the Company will discuss with the Union prior to contracting of the work the circumstances that require the proposed contract work.

## SECTION 14 – Discharge and Discipline

1. Any discharge, disciplinary suspension or written reprimand of an employee shall be based on just and sufficient cause with full explanation given to the employee in writing. Any of the Plant's Safety Rules or Company Rules upon which any such action may be based shall be conspicuously posted. A member of the Union Standing Committee will be notified of a discharge or disciplinary suspension within 36 hours of the action being taken, Saturdays, Sundays, and Holidays excluded.

2. If any Company Rule is alleged by the Union Standing Committee to be contrary to provisions of this Agreement, objection to such may be subject to the grievance and arbitration procedures of this Agreement.

3. All reprimands to employees of which a record is kept shall be in writing to the employee involved with a copy to the Union Standing Committee. No prior reprimand will be used in determining progressive disciplinary action after a period of one year in which the employee received no reprimands. At each meeting of management and the Standing Committee, either party may initiate discussion of disciplinary actions taken since the last meeting.

4. When an employee, not accompanied by a Union representative, has discussed with his supervisor an alleged fault on the part of the employee and such discussion reaches the point where in the judgment of the supervisor a written reprimand or serious disciplinary action is justified, the final

decision will be deferred until after an opportunity has been given to the appropriate Union representative to discuss the matter with the supervisor in the presence of the employee. When there is no Union representative available on shift and in the opinion of the supervisor immediate discharge or suspension may be justified, the procedure of this paragraph shall not prevent the immediate suspension of the employee pending an opportunity for the discussion with the appropriate Union representative provided herein.

5. No supervisor shall attempt to dissuade an employee from getting Union assistance by openly or otherwise threatening him with the loss of standing or any other form of reprisal if he should bring the Union representative into the issue.

## SECTION 15 – Bulletin Boards

The Company shall supply one (1) enclosed official bulletin board for the use of the Local Union in each of the four (4) production departments.

## SECTION 16 – Safety

1. Supervisor's safety instructions and procedures shall be within the accepted standards of safe practices as established by applicable Federal and State Safety Laws.
2. Employees and the Company are to comply with all safety rules as established from time to time by the Company.
3. There shall be established a Joint Labor Management Safety Committee ("Joint Safety Committee"), composed of equal numbers of management and the Local Union.
   (a) The Joint Safety Committee shall advise management relative to the plant safety program.
   (b) There shall be at least one Joint Safety Committee meeting per month. Additional meetings may be called by the Plant Manager (or his designee) to deal with safety matters which cannot be delayed until the scheduled monthly meeting.
4. The Company will compensate bargaining unit employees who are members of the Joint Safety Committee for time spent in attending meetings of the Joint Safety Committee.
5. The Company will compensate for participation in authorized safety activities:
   (a) Union members of the Joint Safety Committee for time spent in attending regular monthly and quarterly meetings of the Joint Safety Committee;
   (b) Employees authorized to participate in other safety program activities for time necessarily lost from scheduled work because of such participation.
6. It is understood that the provisions of this Section 16 are minimum standards, and are not intended to preclude the parties from establishing or continuing safety programs. The Company and the Union shall, during the term of the Agreement, seek to improve the safety program.

## SECTION 17 – Seniority

This Section 17 shall determine the extent of application of an employee's length of service in those situations in which seniority is a factor, namely, promotions, demotions, transfers, layoffs, and recalls.

### A. DEFINITIONS
For the purpose of this Section 17 established hereunder, the following definitions apply:
1. **Plant** Means the entire manufacturing facility in which the employees are covered by this Agreement.
2. **Department** Means a section of a plant.
3. **Progression Ladder** Means a series of reasonably related jobs in a department.
4. **Job Opening** Means an opening which management decides must be filled.

5. **Plant Seniority** Means length of continuous service of an employee from the most recent date of hire.
6. **Department Progression Ladder and Job Seniority** Means the length of service in the department, progression ladder or job.
7. **Promotion** Means the movement of an employee from any rung on a progression ladder to a higher rung on that same ladder or the movement of an employee from any job opening not on a ladder which pays a higher straight-time hourly rate.
8. **Demotion** Means the movement of an employee from a higher rung on a progression ladder to any lower rung on that same ladder and also means the movement of an employee from the bottom rung of a ladder or from any job on a ladder, to a layoff pool.
9. **Transfer** Means the movement of an employee from any job to a job opening which is not a promotion or demotion.
10. **Layoff** Means the movement of an employee from any job to unemployed status.
11. **Recall** Means the return to work of an employee who has been unemployed but who has not lost seniority.
12. **Qualified** Means the ability of an employee to satisfactorily discharge the duties and responsibilities of the job based on his demonstrated performance and fitness.
13. **Layoff Pool** Means a pool comprised of jobs so designated in Exhibit A.
14. **Local Seniority Ground Rules** Means rules and procedures established for the application of seniority at the local level.
15. **Reduction in work force** Means reducing the number of positions within a job classification.
16. **Job Elimination** Means the abolishment of a job classification.

**B. GUIDELINES**

1. The written local seniority ground rules at the Plant as of the effective date of this Agreement (which effectuate the application of seniority as provided in this Section 17) shall continue in effect during the period of this Agreement, subject to change only as provided in this Section.
2. If there is a reduction of work force or a job elimination affecting employees in a department ladder or bid job that is expected to last over 14 days, employees will use job seniority to either stay in their classification or to displace less senior employees.
   (a) With respect to department ladder jobs, employees will move down the progression ladder in the reverse order in which they went up, leaving the least senior employee on the progression ladder displaced from a job.
   (b) With respect to bid jobs, an employee displaced from a bid job may displace an employee with less plant seniority subject to the following conditions:
      1. Such employee with the greater plant seniority must have the physical capacity to do the work required by the job held by the junior employee.
      2. Such employee must be capable of fully performing the work of the job held by the junior employee with no more than thirty days of training.
      3. The first displaced employee may displace an employee in a lower job classification provided that he has more plant seniority than the junior person in that job classification and he can qualify under provisions 1 and 2.
      4. The employee displaced in 3 above may displace an employee in a lower job classification provided that he has more plant seniority than the junior person in that job classification and he can qualify under provisions 1 and 2.
      5. The employee displaced in 4 above will move to a position in the layoff pool if his seniority so deems.
      6. Employees who displace other employees in 3 and 4 and fail to qualify for the position within thirty (30) days will be placed into a position in the layoff pool.

Employees who were displaced by such employees will return to the position from which they were displaced.

(c) Employees who are displaced from their position as a result of a reduction in force or job elimination shall have the right to return to their position when the number of positions in their former classification expands or the job classification is re-established. If employees are displaced from line-of-progression positions they will return to positions in the line-of-progression in reverse order in which employees came out of the line-of-progression positions. If employees are displaced from a bid job they will return to that position if they so choose. Such right to return to the position exists provided the employees were away from the position for no longer than twenty- four (24) months.

In all cases of layoff, a qualified senior employee will be permitted to exercise his seniority in the layoff pool in accordance with the written agreements or seniority ground rules in effect. Such written agreements or seniority ground rules may be modified at any time by seniority ground rule in accordance with paragraph 8 of this Section 17B.

In addition to applicable ground rules pertaining to the exercise of seniority on shift within the layoff pool, a qualified senior employee, who would otherwise be laid off from work, will also be permitted to exercise his seniority within the plant's layoff pool. In the case of temporary shutdown for a period of 14 days or less, for any reason, employees will be temporarily laid off according to the following guidelines:

(a) If the schedule has already been posted for the day(s) on which a particular piece of equipment or production line will be shut down, the crew that is assigned to that equipment or line will be temporarily laid off regardless of seniority. In the absence of being able to identify assigned persons, i.e., set of machines in cartons or cups that do not constitute a complete zone, employees with the lowest job seniority in the bid jobs will be those who are laid off, and the entry-level employees will be laid off based on plant seniority.

(b) If the operation will continue to be shut down into the following week, the employees who had been scheduled on that operation and were on temporary layoff may exercise their seniority to displace employees in their department who have the least department seniority, starting with the most junior on up. Employees who are displaced from a department may exercise their plant seniority to displace employees in the layoff pool position.

(c) If the schedule has not been posted for the period of the shutdown or a piece of equipment or production line, the employees who are regularly scheduled on the affected operation or line may exercise their seniority to displace employees in their department who have the least department seniority, starting with the most junior on up. Employees who are displaced from a department may exercise their plant seniority to displace employees in the layoff pool position.

In all cases, employees who displace junior employees must be qualified to perform the jobs held by the displaced junior employees. Layoff pool positions include two distinct functions - packing and feeding. Employees are considered qualified to displace into the packer function if they have previously worked in that function in the area for which they are displacing another packer. Employees may displace into the feeder function without prior assignment in that function. Employees who move into these functions are responsible for performing the full duties of the position. Any employees assigned to work outside their regular classifications and any employees for whom work is not available during any temporary shutdown period will not have a change in classification or seniority as a result of the temporary layoff.

3. Each job opening, other than one that would require more than 30 days to become qualified, will be offered to the senior employee who management feels could become qualified within 30 days, except as hereinafter provided.

4. Exceptions to the provisions of paragraphs 2 and 3 above are:

(a) Exceptions agreed to by the Company and the Union Standing Committee in writing, subject to change at any time by mutual agreement.

(b) Job openings on progression ladders; however, paragraph 3 shall govern: (1) permanent openings on the bottom rung and (2) initial staffing of a progression ladder that is not a

part of an existing ladder and has been established due to the installation of new equipment.

5. The parties agree that the Company and the Union Standing Committee shall attempt to reach agreement on any proposed new progression ladder or any change or elimination of an existing progression ladder. If the parties are unable to reach agreement within (30) days after opening discussions on such a subject, the management shall have the right to establish a new progression ladder or change or eliminate an existing progression ladder. However, any employee adversely affected by such an action by management has the right to pursue a grievance pursuant to all other provisions in paragraph 7, but if it reaches the arbitration stage the arbitrator's decision shall not establish, change or eliminate any progression ladder.

6. The parties agree that a job opening on any rung of a ladder above the bottom rung shall be filled by the most senior qualified employee then on the rung next below the rung that is to be filled.

7. Any dispute, arising out of the claim that an employee's job rights based on his seniority have been adversely affected by the Company's application of governing local seniority ground rule(s) (or in the absence thereof, this Section 17), may be processed through the entire grievance procedure. Should the dispute reach the arbitration stage the arbitrator's decision shall be limited to (1) directing the placement of an employee on a job giving effect to his seniority and qualifications and (2) if back pay is an issue, and the arbitrator orders payment thereof, it shall not be retroactive to a date earlier than the date the grievance was first presented as a formal grievance in accordance with Section 25.

8. During the term of this Agreement local seniority ground rules may be established, changed or terminated by mutual agreement in writing signed by the Plant Manager and the Chairman of the Union Standing Committee.

9. Department seniority shall be waived by an employee who, due to preference or inability, is transferred to another department.

10. All new employees, except for new maintenance employees, shall be probationary for the first sixty (60) days after their hire. Any employee who is off work because of paid family leave, work-related or non-work-related illness or injury, or other approved leave of absence, or is unable to complete his/her probationary period at full duty status will have their probationary period frozen at the time the employee leaves regular duty for any reason, and will resume at the time the employee is able to return to full duty. The employee will then complete the remainder of the probationary period prior to becoming a full time regular employee. The Union agrees to extend this probationary period for one thirty (30) day period, on an individual request from management. This request must be made prior to the end of the sixty-day period. All new maintenance employees shall be probationary for the first ninety (90) days after their hire. The probationary period for maintenance employees may be extended for one thirty (30) day period with mutual agreement between the Company and the Union. This request must be made prior to the end of the ninety-day period. Probationary employees will not be eligible to bid into new positions until they have received a satisfactory probationary period progress evaluation, which will occur within 30 days and 60 days from the date of hire. If a probationary employee is denied an opportunity to bid because of an unsatisfactory evaluation, the Union Standing Committee will be notified. Probationary employees will have no seniority and may be discharged, laid off or transferred by the Company without such action being subject to the grievance or arbitration procedure. Upon completion of this probationary period, employees will become regular with seniority dating back to their most recent hiring date.

11. An employee promoted to a supervisory position or any other position not covered by this Agreement shall retain his departmental and Plant seniority with respect to his former position for a trial period of six (6) months and shall resign from the Union at the expiration of the said six (6) months' period. After this six (6) month period, management may return

such an employee to the bargaining unit provided the returning employee does not displace another employee.

12. The Company may utilize appropriate aptitude tests in determining qualifications for training for skilled jobs. Whenever management proposes to utilize such testing, it shall review with the appropriate Union representatives, the essential nature of the tests and their application to the particular training situation.

## C. SUPPLEMENTARY PROVISIONS

1. STATUS OF LAID OFF OR TERMINATED EMPLOYEES

   Notwithstanding the foregoing provisions of this Section 17 any employee who, due to no fault on his part, is without work and who either (l) is being carried on the payroll in layoff status, or (2) is on leave of absence or (3) has been terminated, as the case may be, shall have the rights and be subjected to the conditions below set forth.

   (a) Any employee who has been on the payroll of the plant for less than one (1) year of continuous employment, and who is terminated due to no fault on his part shall incur no loss of credit for length of service for the purpose of any benefit under this Agreement if such employee is rehired in the same plant within six (6) months after date of such termination.

   (b) Any employee who has been on the payroll of the plant for one (1) year or more of continuous employment, and who, due to no fault on his part, is without work will not be terminated for a period of at least eighteen (18) months after the date of last layoff. However, should he fail to report for work within one week after the date of certification or registration of a letter mailed to his address last reported to and received by the plant, he will thereupon be terminated.

   (c) In any case where an employee, except an employee who has been on the payroll for less than one year, is absent from work because of a physical disability the employee's rights to any benefit under this Agreement will be maintained for a period of one (1) year, unless any competent medical authority advises that such employee is deemed permanently disabled to the point where employment should not be resumed. At the end of the year of disability, the management will take no action to terminate the disabled employee without prior consultation with the Union Standing Committee. In any case where employment is held open beyond one year, such employee will not accumulate seniority during such extension beyond two years. For the employee on the payroll less than one year the benefits will be maintained for four (4) months.

   (d) During the layoff or leave of absence period, provided for herein, the employee's right to his job will be maintained, he will receive vacation pay if qualified under Section 20; will receive holiday pay if qualified under Section 7; and will be eligible for such health and welfare coverage as are available to him under Section 23.

   (e) Management has the right to refer an employee seeking to return to work after a disability absence to the Company Physician for medical clearance, relating to the condition which caused the absence.

2. Whenever the Company has made plans for substantial technological changes or the closings of departments which will result in permanent reduction of the work force, advance notice and consultation will be held with the Local Union Standing Committee. In such cases honest effort will be made jointly to place affected employees on available jobs in the plant for which they are or can be qualified. Job openings may be, by agreement, earmarked for named employees who are on a list of employees expected to be displaced by changes referred to above. This provision will not apply to normal layoffs.

3. Available jobs may be earmarked for handicapped or disabled employees without posting by mutual agreement of the Company and Union Standing Committee.

D. COMPULSORY RETIREMENT

An employee will be retired not later than the first of the month following the earliest date that he may be retired consistent with applicable state and federal law.

## SECTION 18 – Ground Rules

1. Ground rules shall pertain to day-to-day working relations between the Local Union and the Company and shall govern only matters of local conditions appropriate for local determination. Any signed ground rule now in effect and any ground rule hereafter established in accordance with this Section shall remain in effect until changed or terminated as provided below. Ground rules established by mutual agreement shall be signed by the Plant Manager and the Chairman of the Union Standing Committee.
2. During the term of this Agreement, the Local Union Standing Committee or the Plant Manager may propose a new ground rule or change or termination of an existing ground rule for good cause. The Union Standing Committee and the Plant Manager and/or his designee shall then promptly meet for the purpose of establishing, changing, or terminating a ground rule by mutual agreement. If the local parties designated mutually agree to establishment, change or termination of a ground rule, their action shall become immediately effective upon their joint signing thereof or as mutually stipulated in their joint determination.
3. Any dispute arising out of the interpretation or application of ground rules in effect under this Section shall be subject to the grievance and arbitration procedures of this Agreement.

## SECTION 19 – Supervisors

1. A supervisor shall not perform non-supervisory work which is normally done by an employee, unless such work by the supervisor:
   (a) Is performed to instruct an employee who does not have sufficient training, experience or skill to maintain continuity of operation, or
   (b) Results from an emergency situation requiring a prompt response to avoid injury to persons, damage to property, or an interruption of operations, or
   (c) Is performed to prevent or correct operation or work difficulties, testing of materials, machines or procedures, or
   (d) Is de Minimis in nature and does not result in the loss of a work opportunity for a bargaining unit employee.
2. In any case submitted to arbitration in which the arbitrator should find that a violation of the provisions of this Section has resulted in the loss of a work opportunity which should have been offered to an employee who was off work, qualified and available to do the work required, the arbitrator shall have the authority in his decision to order that such employee by appropriately compensated for the lost time.

## SECTION 20 – Vacations

1. Employees as defined in this Agreement shall be granted vacation according to the following schedule provided they are on the payroll on January 1 and have observed the appropriate anniversary by January 1:

| YEARS OF SERVICE | WEEKS OF VACATION |
|------------------|-------------------|

| | |
|---|---|
| 1 year or have worked 1500 hours prior to January 1st. | 1 |
| 2 years or 1 year and have worked 1500 hours during the calendar year in which hired. | 2 |
| 7 years or 6 years and have worked 1500 hours during the calendar year in which hired. | 3 |
| 10 years or 9 years and have worked 1500 hours during the calendar year in which hired. | 4 |
| 20 years or 19 years and have worked 1500 hours during the calendar year in which hired. | 5 |
| 25 years or 24 years and have worked 1500 hours during the calendar year in which hired. | 6 |

2. To be eligible for vacation pay, employees must have worked 1,000 hours or more during the calendar year prior to January 1.

3. Any employee who does not meet the qualifications of hours worked set forth above, may, where applicable, use the following to qualify for a vacation:

   a. Any employee who loses time from work as a result of work related or non-work related disabilities shall have such time credited as time worked relative to the provision in sub-paragraph 2 above, provided that (1) time so lost shall be computed at eight (8) hours per day and forty (40) hours per week, and (2) a maximum of 520 hours of time lost shall be considered in any vacation year.

   b. Time spent on paid vacation, on paid Jury Duty or on paid Funeral Leave, and time spent in the Joint Wage Conference or on a leave of absence under Section 32 paragraph 2 up to eight (8) hours per day and forty (40) hours per week will be counted as hours worked for the purpose of qualifying for vacation.

4. An employee with five (5) or more years of continuous service whose employment is terminated prior to January 1st of any year other than because of a discharge for cause or quit on less than one (1) weeks' written notice who would have been entitled to a vacation with pay on January 1st of such year if he had remained employed until that date will be granted vacation pay at the time of termination equal to that which he would have been entitled to receive if he had remained on the payroll until January 1st provided that if he worked less than 1,000 hours in the vacation qualifying year, his vacation pay shall be computed on a pro-rated basis dependent on the number of hours he worked in the qualifying year as related to 1,000 hours.

5. An employee with five (5) or more years of continuous service who fails to work the minimum hours required to qualify for a full vacation in any year shall be entitled to a vacation computed on a pro-rate basis dependent on the number of hours he worked in the qualifying year as related to 1,000 hours. When the employee is entitled to a vacation or portion of a vacation of less than a full week under this sub-section he shall be permitted to take a full additional week of vacation for which he shall be paid the remaining vacation pay to which he is entitled under this sub section or to accept pay in lieu of such partial week of vacation at his election.

6. It is agreed that any employee who has left the employ of the Company prior to January 1st for the purpose of serving in the armed forces, but who otherwise has fulfilled the qualifications for a vacation during the year just preceding that January 1st will be granted vacation pay. The

vacation pay will be mailed to the employee immediately, provided satisfactory proof has been furnished to the Company that the employee is serving in the armed forces.

7. Any returning serviceman who -
   a. Was on the payroll of the Company at the time of induction into the armed forces; and
   b. Made application to return to the employ of the Company within ninety (90) days after being relieved from duty on the armed forces; and
   c. Actually performed work for the Company on, or before, the January 1st immediately following his return from the armed forces; and
   d. Had qualified for one (1) week's vacation while in the employ of the Company in the eligibility period in which he was inducted, or in the next preceding eligibility period; or whose service with the Company immediately preceding his induction, plus his service since his return from the armed forces immediately preceding January 1st is sufficient to qualify him for a vacation under the requirements existing at the time he returns, shall be granted one (1) week's vacation with pay, whether or not he worked 1,000 hours in the eligibility period immediately prior to said January 1st.

   Any returning serviceman when he has qualified for (1) weeks' vacation on any of the basis made available to him whose total length of service with the company including the time spent in the armed forces, is sufficient to qualify him for a longer vacation, shall be granted the longer vacation without applying the requirements of hours worked to that period spent in the armed forces. It is understood that there shall be but one vacation for each eligibility period.

8. The allotment of vacation time is to be decided by management.
   a. Notwithstanding paragraph (4) of Section 6, management is permitted, but not obligated, to adjust starting days of vacation time for employees, if so requested.
   b. Except as specifically provided in paragraph 5 and 10 of this Section, no employee is to have the privilege of drawing the vacation pay and continuing to work in lieu of taking the vacation.
   c. One-week vacation shall be continuous. Wherever operating conditions will permit two-week vacations to be scheduled continuously, they will be so scheduled. Vacations of three, four, five, or six weeks need not be scheduled continuously.
   d. In administering the allotment of vacation time, management shall give timely notice to each employee of his scheduled vacation and shall then consider in good faith, before making final decision, any change asked for by the employee or the Union Standing Committee. Such change may be asked for and shall be considered whether it arises from a personal preference for a vacation during a particular part of the vacation year or from an announcement by management that the vacation time is to be scheduled so as to coincide with an announced shutdown.
   e. Employees are allowed to take their vacation allowance as individual days with the following guidelines:

| Weeks of Vacation | Individual Days Allowed |
|---|---|
| 1 | 1 week |
| 2 | 1 week |
| 3 | 1 week |
| 4 | 2 weeks |

| 5 | 2 weeks |
| 6 | 3 weeks |

      i.   Individual vacation days must be requested one week in advance and are granted at the discretion of the department head

     ii.   No individual days may be scheduled during Christmas week. To get time off during Christmas week, you must schedule a full week of vacation (5 days)

    iii.   Individual vacation days do not count toward overtime.

9. The vacation must be taken within the vacation year, that is - it may not be accumulated to be used in the following year.

10. Vacation pay allowance shall be forty (40) hours for each week of vacation. Such vacation pay for an employee who qualifies shall be computed at the higher of

    a. The job rate of his regular job as such rate exists on the day his vacation starts, or

    b. The weighted average straight time hourly rate paid to the employee in the prior vacation year, adjusted for the change, if any, in his average rate effective on the first day of January next preceding the time at which his vacation is taken. Said average rate (l) for an employee who worked at the same job rate during the entire vacation year is that job rate, and (2) for an employee who worked at more than one job rate in the prior vacation year shall be determined by the following procedure. Multiply the number of hours he worked in said year at each job rate by that job rate; add the amounts so computed; and divide the sum by the total number of hours he worked in said year.

    By mutual agreement between an employee and the Company an employee may be paid his vacation allowance in lieu of vacation time off in accordance with the following schedule:

| Earned Weeks of Vacation | Amount of Vacation Allowance in Lieu of Vacation Time Off |
| --- | --- |
| 1 | 0 |
| 2 | 1 week |
| 3 | 1 week |
| 4 | 2 weeks |
| 5 | 3 weeks |
| 6 | 4 weeks |

11. When an employee is retiring, he is terminated from the payroll as an employee and as such he is no longer a part of the collective bargaining units covered by the Agreement. However, in case of an employee who is retiring prior to January 1st pursuant to a Company retirement plan in effect, or at age 65, pursuant to the Social Security Act and who has fulfilled the requirements of the Agreement as to hours worked within that vacation year, the requirement that he be on the payroll January 1st shall be waived and upon retirement he shall be paid a sum equivalent to vacation pay based on his then current rate. Provided, however, that if said retiring employee has not fulfilled

the requirement of this Agreement as to hours worked within the vacation year, upon retirement he shall be paid a sum which shall be computed on a prorated basis dependent on the number of hours he worked as related to 1,000 hours.

12. In the event an employee dies while on the payroll prior to January 1st but who, prior to death, fulfilled the requirements of this Agreement as to hours worked within that vacation year, his heir (or heirs) shall, upon proof of entitlement satisfactory to the Company, be paid vacation pay he would have been entitled to at his then currently effective rate. If, within six months after the employee's death, no application has been made to the Company by any heir (or heirs) or the Company by reasonable effort has been unable to locate heir (or heirs), the above stated obligation shall thereupon terminate.

## SECTION 21 – Jury Duty and Subpoenaed Witness Allowance

1. Any employee who is required to perform jury duty will be entitled to reimbursement at the straight time hourly rate of his regular job for the hours necessarily lost as a result of serving on the jury, provided, however, that such reimbursement shall not exceed eight (8) hours per day or forty (40) hours per week, less pay received for jury duty. The employee will be required to furnish a signed statement from a responsible officer of the court as proof of jury service and jury duty pay received.

2. Hours paid for jury duty will be counted as hours worked for the purpose of computing vacation and holiday pay but will not be counted as hours worked for the purpose of computing any overtime.

3. Reimbursement similar to that specified in paragraphs 1 and 2 of this Section will be granted to an employee who necessarily loses time from work because of his appearance in court pursuant to proper subpoena, except when he is a party in the court proceeding.

## SECTION 22 – Bereavement/Funeral Leave

1. When death occurs to a member of an employee's immediate family, the employee, at his request, will be granted reasonable necessary time off as a funeral leave of absence for the purpose of attending the funeral or for bereavement and will be compensated at his regular straight time hourly rate for hours lost from his regular schedule for up to a maximum of three (3) consecutive days. An employee may be granted permission to take the three (3) non-consecutive days, provided they obtain approval from the Plant or HR Manager prior to taking any leave. Proof of death is required.

2. Members of an employee's immediate family shall be limited to the employee's spouse, qualified domestic partner, mother, father, brothers, sisters, sons, daughters, mother-in-law, father-in-law, grandchildren, adopted children, stepmother, stepfather, stepchildren, grandmother, grandfather, sons-in-law, and daughters-in-law. A qualified domestic partner meets the criteria to procure insurance coverage through Pactiv, even if they are not currently covered.

3. Compensable hours under the terms of this Section will be counted as hours worked for the purpose of computing vacation and holiday pay and will be counted as hours worked for the purpose of computing weekly overtime.

## SECTION 23 – Welfare Plan

A. The Company will continue to provide life and health benefits now in effect and/or as changed through negotiations. The Company will have the sole responsibility for the selection of the carrier

or carriers under the Group Welfare Plan. Welfare Plan booklets describing specific benefits will be provided by the Company. The key benefit amounts are as follows:

Life and A.D. & D. Insurance -------- $30,000 effective 12/1/12

Optional Employee Life coverage is available subject to the plan provisions of the Life Carrier including evidence of insurability.  The employee would have the option of choosing 1 X – 3X annual salary.  Optional Employee Life coverage is 100% employee paid.

Sickness and Accident Disability -- $185/week. (This benefit is coordinated with State provided disability benefits and is not in addition to the state benefit.)

PPO PLUS HEALTH REIMBURSEMENT ACCOUNT (HRA) effective 1/1/2015

| Medical Deductible | $1,000 per person /$2,500 per family |
|---|---|
| HRA Funding | $250 per person / $500 per family |
| | $3000 Maximum Rollover Cap |
| Co-Payments | Employee 20% / Plan 80% |
| Major Medical Loss Limits | $3,500 per person / $7,000 per family |
| Major Medical Lifetime Max | Unlimited |

Prescription Drug Plan associated with the PPO + HRA Plan

- 30 Day Generic 10% ($8 minimum/$100 maximum)
- 30 Day Brand (Formulary) 30% ($25 minimum/$100 maximum)
- 30 Day Brand (Non Formulary) 50% ($40 minimum/$100 maximum)
- Mandatory Mail Order after 3 fills

| Dental Plan | |
|---|---|
| Basic Dental Plan Effective 1/1/ 2015 | |
| Dental Deductible | $50/person (except preventive)/$150 per family, Except preventative services – there is no deductible for preventative services |
| Co-payments | |
| • Preventive Care | Employee 0% / Plan 100% |
| • General Services | Employee 20% / Plan 80% |

| • Major Services | Employee 50% / Plan 50% |
|---|---|
| Orthodontics | No Coverage |
| Dental Implants | No Coverage |
| Annual Maximum | $1000 per person |
| | |

Comprehensive Dental plan Effective 1/1/2015

| Dental Deductible | $25 per person/$75 per family, except for preventative services, there is not deductible for preventative services |
|---|---|
| Co-Payments | |
| Preventive | Employee 0% /Plan 100% |
| General Services | Employee 20%/ Plan 80% |
| Major Services | Employee 50% /Plan 50%, Including dental implants |
| Orthodontia | 50% no deductible/$1,500 Lifetime Orthodontia Maximum for children under age 19 |
| Annual Maximum | $2,000 per person |

My Right Choice Wellness Program for Employees, Effective 1/1/2020

Tobacco/Nicotine – Free Credit*: $150

- Tobacco Free Pledge during annual enrollment process

Healthy Lifestyle Credit: $350

- Complete the Health Assessment AND Biometric Screening
- Participation is voluntary & individual screening results are CONFIDENTIAL
- Onsite and remote testing options available

Total Possible Annual Credits: up to $500

- Credits are prorated per pay period over 12 months
- Employee must enroll in a medical plan to receive the credit

*If you are a tobacco/nicotine user, a reasonable alternative is available

B.  The Company and Union may jointly approve alternate Health Maintenance Organization (HMO) medical plans.  Vision benefit under the HMO plan will remain at $200 every twenty-four (24) months.  The parties agree to modify the company medical plan as necessary to avoid triggering the excise tax on Cadillac plans.

C.  All employees, regardless of whether covered by the standard medical and dental plan or an alternate medical (HMO) plan or dental (DMO) plan will have the following healthcare (medical and dental) contributions deducted from their paychecks:

- Effective 1/1/2017 - a total of 22% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.
- Effective 1/1/2018 - a total of 22% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.
- Effective 1/1/2019 - a total of 22% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.
- Effective 1/1/2020 - a total of 25% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.
- Effective 1/1/2021 - a total of 25% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.
- Effective 1/1/2022 - a total of 26% of applicable (employee or family) monthly premium or premium equivalent payable on a weekly basis.

D.  The Local Union may purchase additional coverage for its employee members and their dependents to be purchased at their own expense through payroll deduction. The Company, if requested, shall assist the local Union in obtaining additional optional coverage. The Company shall not share or participate in any manner in surpluses, if any, arising out of additional coverage.

E.  Officers of the Local Union may consult with management with respect to questions which may arise concerning the operations of this Welfare Plan.

F.  During New Employee Orientation all full-time Pactiv employees will be notified that they will be eligible to enroll in Pactiv's group insurance benefit plans as they reach their sixtieth (60th) day of full-time employment with Pactiv.

G.  Continuation of Coverage

1.  All coverage set forth in the Welfare Plan Booklets will be cancelled on the first day after an employee is terminated from the payroll of the Company with the exception of Group Term Life Insurance which will be in force an additional thirty-one (31) days from the date of termination of employment.

2.  When the employer-employee relationship has not been terminated, but the employee is not actively at work because of a disability, layoff or leave of absence, all coverage set forth in this section for him and his eligible dependents will be subject to the following conditions:

(a)  **Occupational or Non-Occupational Disability** - If such employee is absent from work as a result of an accident or occupational disease as recognized by the Worker's Compensation Board, suffered during the course of his employment with the Company, or as a result of a non-occupational accident or sickness, the employee's non-occupational Sickness and Accident coverage will be cancelled (excluding coverage then applicable and under which benefits are being paid for the non-occupational disability which occasioned the absence) as of the end of the month in which the absence began. The employee's Life/AD&D, Major Medical and Dental coverage will be continued at Company expense during the period he is disabled from work through the end of the twelfth (12th) month following the month in which the absence began. Employees must continue to make their

required weekly contributions during this period. The period of COBRA coverage begins at the twelve (12) month mark. Employees who elect to continue coverage under COBRA will pay the applicable payments for COBRA coverage.

**(b) Layoff, Military Service, or Leave of Absence for Union Business.**
Employees who are absent from work as a result of an indefinite layoff due to lack of work, enlistment in the military service for full time active duty or called up into active duty from military reserve status, or acceptance of offer to hold a full time union office under Section 32 will have all coverage under the Group Welfare Plan cancelled on the first day after leaving the active employment of the Company with the exception of Group Term Life Insurance which will be in force an additional thirty-one (31) days from the date of leaving active employment. Reinstatement of benefits will occur on the first day back to work after recall from layoff in accordance with Section 17c (1) (a) and (b) or reemployment under Section 32 (1) or the federal law on reemployment of veterans.

(c) **Personal Leave of Absence.** Employees who are absent from work as a result of a personal leave of absence requested by the employee and approved by the Company will have their coverage under the Group Welfare Plan governed by the Company's leaves of absence policy and appropriate legislation.

(d) **In all cases** where employees lose coverage they will have the right to elect to continue coverage under COBRA provided that they pay the appropriate costs for such coverage. With regard to Life and Accidental Death & Dismemberment Insurance, employees who lose such coverage will have the right to convert to an individual contract with the carrier.

3. Whenever reference is made in this section to coverage which is to be continued and the cost of which is to be paid by the Company, it is understood and agreed the coverage referred to is that outlined in this section.

4. This paragraph "G" shall not be construed to restrict continuation of a particular benefit beyond the time when the related coverage is cancelled or terminated if, and only to the extent that, continuation is specifically granted in the relevant contract with a carrier.

5. In 2014 and 2015 the Company will continue to pay the full cost of continuing Major Medical coverage for an employee who elects to take early retirement after the effective date of this Agreement, after reaching age 62 and before reaching age 65, until such employee becomes eligible for Medicare. In 2014 and 2015 the Company will continue to pay one-half the cost, up to a maximum of $25 per month, of continuing Major Medical coverage for the dependents of employees who elect, after the effective date of this agreement, to take early retirement after reaching age 62 and before reaching age 65 and who upon retirement elect to continue dependent coverage, with such coverage to be continued only so long as such dependents remain dependents and until either the dependent becomes eligible for Medicare or the employee reaches age 65, whichever first occurs.

Beginning January 1, 2016 no retiree medical will be offered to employees that elect to retire from Pactiv.

6. All benefit plans are subject to amendments as required by Affordable Care Act regulations.

## H. General Provisions

1. The Company's obligation and the coverage it provides shall be subject to all the limitations and interpretations found in the contracts with the selected carrier or carriers which are not in conflict with the provisions of this Labor Agreement.

2. Any dispute arising out of the operation, administration, or interpretation of any coverage contract which is not in conflict with the terms of this Labor Agreement, shall not be subject to the adjustment procedures of the Labor Agreement. Any such dispute shall be adjudicated under the terms of such coverage contract.

3. Permission may be granted by the Company under special circumstances to permit an employee to waive receipt of any coverage or benefits under this Group Welfare Plan, but in such event the employee shall not receive any monetary equivalent.

4. Nothing in this Labor Agreement shall affect the Company's policies, practices, and procedures, including among others but not limited to, termination of employment, layoffs, leaves of absence, and retirement.

5. When applying the terms of this Labor Agreement relating to the terminating or cancellation of an employee's coverage, or relating to the employee's right to a coverage at his own expense, the Company shall give the employee timely notice in writing.

**I. Contraventions of Laws**

1. If any provisions of this Labor Agreement are in contravention of the laws or regulations of the United States or of the State of California, such provision shall be superseded by the appropriate provisions of such law or regulation so long as the same is in force and effect; but all other provisions of this plan shall continue in full force and effect.

2. This program shall be reduced to the extent of any duplicate coverage provided by subsequent State or Federal Legislation requiring Employer contributions, it being understood that the intent of this provision is that employees and their eligible dependents will receive the full benefits provided in this Labor Agreement either through such legislation or insurance or a combination of both.

## SECTION 24 – Pension Plan

The Pension Plan previously adopted by the parties shall remain in effect through June 30, 2014, and any pension accruals will be frozen on June 30, 2014.

The impacted employees will continue to accrue service for purposes of vesting or for determining retirement eligibility; however, all benefit accrual will cease effective June 30, 2014.

## SECTION 25 – 401(K) PLAN

401(k) Plan

25.01  Pactiv will offer union employees at Stockton, CA participation in the Employee Savings Plan for Pactiv Bargaining

25.02  An employee shall be eligible to participate in this Plan the first (1st) month following one (1) continuous year of service.

25.03  Employee contributions shall be on a pre-tax basis of one (1%) to sixteen (16%) percent of their total earnings, invested by the employee into various options, with various restrictions applying.

Any eligible full time employees working at Pactiv on or after July 1, 2014 will be eligible to receive an employer matching contribution of one hundred percent (100%) up to three percent (3%) and fifty percent (50%) on the next two percent (2%) of eligible pay. Effective January 1, 2020, eligible full time employees working at Pactiv will be eligible to receive an employer matching contribution of one hundred percent (100%) up to four percent (4%) of eligible pay. The plan shall include "catch-up" provisions for those employees meeting the requirements defined in the plan.

25.04  Company contributions will vest in accordance with the Plan vesting schedule at a vesting rate of twenty percent (20%) each year, and will be one-hundred (100%) vested after five (5) years for full time employees hired on or after July 1, 2014.

## SECTION 26 – Adjustment of Grievances

All disputes, complaints, or grievances of any employee or the Union may be presented through the grievance procedure of this Agreement, and if not thereby settled may be processed to arbitration for a determination of whether the terms of this Agreement have been violated. If a question of arbitrability is raised by either party, that question shall be determined first by the arbitrator.

1. This Section shall not be applicable to grievances arising from discharge or suspension.
2. Standing Committees shall be maintained in the plant in the following manner:
   (a) The local Plant Manager or his designee shall represent the Company.
   (b) The Local Union shall select a Union Standing Committee of three (3) employees which shall represent the Local Union for the purposes stated in this Agreement.
   (c) Either management or the Union Standing Committee shall have the right to have present at any meeting, any individual deemed necessary by it for purposes of advice or consultation.
   (d) The Plant Manager or his designee and the Union Standing Committee have the authority to make the final decision consistent with the terms of this Agreement on matters properly before them. Either party may express reservation that it desires to refer the question under consideration to higher authority.
   (e) Accurate minutes of each and every meeting must be kept, and must be signed by the Plant Manager or his designee and the chairman of the Union Standing Committee. The minutes shall include statements of positions and conclusions, if any. A copy shall be supplied to the Local Union.

### STEP 1

3. Should there be any dispute, complaint, or grievance of any employee or the Union, herein collectively referred to as grievances, the employee shall work as directed by management pending final adjustment of the grievance. (The term "work as directed" does not refer to call-ins of regular scheduled employee.) Such dispute, complaint, or grievance shall first be taken up with his supervisor by the employee. In the event the employee desires to submit the matter as a formal grievance, he shall advise the supervisor and present it in writing to the Plant specifying the date of submission. Any such grievance shall be deemed to have been waived if not presented as a formal grievance by the employee to his supervisor within fifteen (15) calendar days following either the occurrence out of which the grievance arose or the first date upon which the grievance could reasonably be assumed to have been known to the employee, whichever is later.

### STEP II

(a) Within five (5) calendar days after the date of receipt of such written grievance, the Plant Manager or his designee(s) shall meet with the Union Standing Committee.
(b) The Local Union will be provided with written minutes of each meeting with the Plant Manager or his designee under this Step II. The minutes shall be signed by the Plant Manager or his designee and the Chairman of the Standing Committee or his designee, and contain the following:
   1) The date of the meeting;

2) The names of all persons present;
3) Copy of the grievance;
4) The signature of the Plant Manager or his designee on the grievance;
5) The summary of the reasons for the Company's decision.

(c) If the Plant Manager and/or his designee(s) and the representative(s) of the Local Union and/or Signatory Union are unable to arrive at a satisfactory settlement within five (5) calendar days of their initial meeting, then at the request of either party, an additional meeting may be held between the Local Union President and/or his representative and the Plant Manager and/or his representative to again review and attempt to settle the grievance. This meeting must be requested within five days of the Company's last answer, and a meeting held within the next ten days, unless mutually extended. If settlement is not reached within five days of this meeting, the Union may.

## STEP III

Submit the grievance to an arbitrator as provided in Sections 28 and 29 of this Agreement within ten (10) calendar days after the receipt of the answer from the Plant Manager.

4. The parties may, by mutual agreement in writing, extend the time limit for a period not to exceed thirty (30) calendar days.
5. In case of a grievance which affects a group of employees in any department on a job or ladder who have the right under this Agreement to present that grievance, an official or other representative appointed by the Local Union shall first present that grievance to their supervisor under Step I and if they are unable to arrive at a satisfactory settlement, a grievance may be appealed to the Plant Manager and/or his designee(s) in accordance with Step II. To be timely, such a grievance must be referred in writing to the Plant Manager and/or his designee(s) within fifteen (15) calendar days after the date the grievance was first presented to the Supervisor as a formal grievance.
6. In case of a grievance affecting the rights of the Union, as such, as distinguished from grievances affecting an individual employee or group of employees, the Local Union shall have the right to take that grievance up directly with the Plant Manager and/or his designee.
7. If the Plant Manager and/or his designee and the representatives of the Union are unable to arrive at a satisfactory settlement of a grievance referred in accordance with Paragraphs 5, or 6, above, within five (5) calendar days after their initial meeting, such grievance may be referred to Step III of the grievance procedure set forth in Part 3, of this Section 26.
8. In the case of a grievance which could be presented by an employee to his Supervisor at Step I (but who is unwilling to do so), the appropriate shop steward for the department where the grievance arises shall have the right to present that grievance in accordance with Step I, as a formal grievance.

## SECTION 27 – Appeal from Discharge or Suspension

1. If any employee claims to have been unjustly discharged or suspended during the life of this Agreement or any continuance thereof, to be timely his case must,

## STEP 1

Be referred in writing to the Plant Manager or his designee through the Union Standing Committee no later than on the seventh calendar day after the day upon which the Union Standing Committee was notified of the discharge or suspension pursuant to the provisions of Section 14- 1. Said notification to the Union Standing Committee must be in writing.

(a) These two parties shall meet within seven (7) calendar days after the date of the referral.

The Local Union will be provided with written minutes of each meeting with the Plant Manager under this Step 1. The minutes shall be signed by the Plant Manager and contain the following:

    (1) The date of the Meeting;
    (2) The names of all persons present;
    (3) Copy of the grievance;
    (4) The decision of the Plant Manager or his designee on the grievance;
    (5) The summary of the reasons for the Company's decision.

(b) Within seven (7) days after receiving the summary by the Plant Manager or his designee of the reasons for the decision, the Union shall have the right to submit to the Plant Manager or his designee, and make a part of the record of the grievance, a written statement of its position with respect to the summary by the Plant Manager of the reasons for his decision.

(c) If, upon investigation, no settlement is made within seven (7) calendar days after the initial meeting, to be timely the case must,

## STEP II

Within ten (10) calendar days after the expiration of the seven (7) calendar day period in Step 1-(b), submit the case to arbitration as provided in Sections 28 and 29 of this Agreement.

2. The parties in Step I, by mutual agreement in writing may extend the time limit specified in Step 1- (b), for a period not to exceed thirty (30) calendar days.

## SECTION 28 – General Provisions Regarding Arbitration

1. In the event the parties are unable to reach a settlement of a grievance or an appeal from a discharge or suspension, the dispute may be moved to arbitration in accordance with the provisions of this Section and Section 29, only if and after the timely utilization and completion of all prior Steps in Section 26 or Section 27, whichever is applicable, have failed to produce an agreement between the parties. The prior Steps and time limits for initiation and completion are set forth in Sections 26 and 27. Failure of the charging party to act within the applicable time limit specified for any Step in Section 26 or Section 27, whichever is applicable, shall constitute waiver of the charging party's right to further consideration of the case.

2. At the time the Signatory Union submits any grievance to arbitration it shall so notify the Company which shall then become responsible for all arrangements, (e.g., place, time, reporter, and determination if the arbitrator selected by the parties is available).

3. Each party to any case submitted to arbitration, (1) shall bear the expenses of preparing and presenting its own case, including witnesses, and (2) shal1 pay one-half of the charges of the arbitrator incurred in the arbitration of the case.

4. It is agreed that each party to a case submitted to arbitration will do everything in its power to permit early selection of and decision by the arbitrator.

## SECTION 29 – Arbitration

1. Arbitration referred to in the preceding Sections of this Agreement shall be in accordance with the provisions set forth below.

2. Arbitration shall be conducted by a single arbitrator. The arbitrator's decision shall be final and binding upon both parties, provided, however:

    a) The arbitrator shall not have the authority to modify, add to, alter or detract from the provisions of this Agreement, or to impose any obligation on the Signatory Union or the

Company not expressly agreed to by the terms of this Agreement. The arbitrator shall pass on any question of arbitrability only in the following manner:

If the Company should challenge the arbitrability of any grievance, the question of arbitrability shall be submitted to the arbitrator for his recommendation of whether or not the grievance is arbitrable. A grievance is arbitrable only if it is based upon the terms of this Agreement. When the arbitrator is asked to consider a question of arbitrability, he shall also be presented the question of the merits of the grievance and shall rule on the merits if he recommends that the dispute is arbitrable. After the arbitrator's recommendation on the question of arbitrability, either the Signatory Union or the Company may, without prejudice, seek a judicial determination of the question of arbitrability. Questions involving only the timeliness of grievance processing are not considered to be question of arbitrability under this paragraph.

    b)   In suspension or discharge cases submitted to arbitration and as to which the arbitrator shall find the suspension or discharge to be unjustified, the amount of payment for lost time shall be determined by the arbitrator, but shall not exceed the amount required to make the employee whole for his lost earnings with no loss of seniority or of any holiday or vacation accumulated hours for the period for which payment of lost earnings is awarded.

    c)   The management rights as provided in Section I are not subject to the grievance and/or arbitration procedures of this Agreement.

3.  The Company, after being notified that a grievance is being referred to arbitration following the grievance procedures outlined in Sections 26, 27, and 28, shall notify the American Arbitration Association which shall submit lists of Arbitrators to both parties and handle the selection of an arbitrator, in accordance with its rules and regulations.  Any arbitrator listed on a panel created by the American Arbitration Association or chosen to hear the matter must be a member of the National Academy of Arbitrators.

4.  The following procedural rules shall apply in all arbitrations held under the terms of this Agreement:

    (a)  The arbitrator selected must begin hearing the case within thirty (30) calendar days following his selection.

    (b)  The arbitrator must render his decision within thirty (30) calendar days following his receipt of the transcript of the arbitration hearing or the date set for filing of Post Hearing Briefs, if any. Such thirty (30) calendar days may be extended not more than an additional thirty (30) calendar days by mutual agreement between the parties.

    (c)  The Company shall arrange for the reporting of all arbitration hearings, unless the parties mutually agree to forego such reporting. The arbitrator, the Signatory Union and the Company shall each be furnished with a transcript thereof. The expense of reporting shall be shared equally between the parties except that either party desiring an extra copy shall bear the cost of such extra copy.

    (d)  One and only one Post Hearing Brief may be filed by either party (copy to the other party) and either party desiring to file such a brief must state its intention to do so at the close of the hearing. Any such Post Hearing Brief shall not include new evidence, documentary or otherwise.

    (e)  Either party shall have the right to call to the attention of the arbitrator in writing, (copy to other party), any new evidence appearing in the other party's Post Hearing Brief.

    (f)  Neither party may be required to arbitrate more than one grievance as part of a single case.

## SECTION 30 – Matters Covered and Complete Agreement

All matters not covered in this Agreement shall be deemed to have been raised and disposed of as if covered herein.

It is agreed that this document contains the full and complete agreement on all bargain able issues between all parties and/or all for whose benefit this agreement is made, and no party shall be required,

during the term of this Agreement, to negotiate or bargain upon any issue, except in accordance with the provisions of Section 17 and Section 18 and any local seniority ground rule or ground rule now in existence or hereafter established pursuant to such Sections shall be effective as provided therein.

The failure of this Signatory Union to enforce any of the provisions of this Agreement or exercise any rights granted by law, or the failure of the Company to exercise any right reserved to it or its exercise of any right in a particular way, shall not be deemed a waiver of such right or a waiver of its authority to exercise any such right in some other way not in conflict with the terms of this Agreement.

The Signatory Union agrees that the Company is not a successor or assignee with respect to any agreements or understanding which may have previously been in effect at the Gold Bond plant in Stockton, California, and all such previous agreements or understandings are cancelled and of no force or effect.

## SECTION 31 – Provisions Found to be in Contravention of Laws

If any provision of this Agreement is in contravention of the Laws or regulations of the United States or the State of California, such provision shall be superseded by the appropriate provisions of such law or regulations so long as same is in force and effect but all other provisions of this Agreement shall continue in full force and effect. If the parties are unable to agree as to whether or not any provisions hereof are in contravention of any such laws or regulations, the provisions hereof involved shall remain in effect until the disputed matter is settled by the court or other authority having jurisdiction in the matter.

If any wage or fringe monetary items in this Agreement should be reduced by government controls, and if such government controls are subsequently removed during the term of this Agreement, such wage or fringe monetary items shall be made effective when this can be done consistently with applicable laws and regulations, but no such wage or benefit items shall be made effective retroactively during the control period.

## SECTION 32 – Leaves of Absence for Union Business

1. Upon written request of the Signatory Union giving two (2) weeks advance notice, the Company will grant an employee elected or assigned to a full time union office, a leave of absence without pay. Not more than two (2) employees shall be granted such leave at the same time.
   a. Written confirmation of such leave shall be provided to the employee, the Local Union and the Signatory Union.
   b. Seniority shall not be broken but shall not accumulate during such leaves.
   c. An employee must return to work or report his availability for work (if no work is available) within 90 days after the end of his leave or within 90 days following completion of the assignment for which the leave was granted, whichever is earlier.
2. Upon written request of the Signatory or Local Union giving one (1) week advance notice, the Company will grant employees leaves of absence for Union business limited to a reasonable number consistent with operating efficiency as follows:
   a. Leaves for union officers and elected officials to attend union conferences, conventions, or training for up to thirty (30) days per calendar year.
   b. Leaves to serve as part-time employees of the Signatory Union for a period not to exceed sixty (60) days per leave provided that they are not to be used to organize plants fully or partially owned or operated by Pactiv.
   c. Time spent on such leaves outlined in (a) and (b) shall be counted as hours worked (limited to eight (8) hours per day and forty (40) hours per week) for the purpose of qualifying for vacation and holiday pay.
3. While on such leaves of absence, an employee shall maintain the right to his job; he will receive vacation pay and holiday pay if qualified under the terms and conditions of this Agreement; and

will be eligible for such health and welfare coverage as are available to him under the welfare plan in effect during his absence.

## SECTION 33 – Terms of Agreement and Changes in Agreement

This agreement shall be in effect from the date of its execution up to and including **November 30, 2023** and shall be automatically renewed thereafter from year to year unless notice of desire to modify is given by either party as hereinafter provided:

1. All notices given under the provisions of this Section on behalf of this Signatory Union shall be given by its president or vice-president to the appropriate Company manager, similarly, notices on behalf of the Company shall be given by the appropriate Company manager to the president of the Signatory Union as the Signatory Union may in writing direct.

2. This Agreement may be modified as follows:
   Either party desiring any modifications shall mail to the other party notice in writing by registered mail sixty (60) days prior to **December 1, 2023**, or prior to any subsequent December 1 on which this contract is in effect, that a modification is desired and if no such sixty (60) days' notice is given prior to December 1, the earliest time at which such notice may later be so mailed is sixty (60) days prior to December 1st of the next year.

3. The parties shall meet for collective bargaining at a reasonable time following the mailing of notice by either party to the other. All of the terms and provisions of this Agreement shall continue to apply until a new Agreement or Agreements have been reached by the parties or until this Agreement shall have been terminated in accordance with its terms.

4. Any Agreement or modification arrived at in such negotiations shall be binding on the parties when approved by each party in accordance with their then existing internal rules, regulations or policies. If such negotiations have not been completed on the anniversary date with reference to which the notice of modification has been mailed as provided in paragraph 2 above, the Agreement shall, nevertheless, continue in full force and effect, subject to termination by either party at any time upon ten (10) days written notice to the other party.

5. This Agreement and all its terms and conditions shall be binding until November 30, 2023 upon any individual(s), company(s), or corporations that acquire by purchase, merger, or any form of reorganization, the Plant and continue to operate the Plant or any portion thereof substantially in the same manner as the Plant or portion thereof was operated by the predecessor owner.

IN WITNESS WHEREOF, the parties hereunto have caused this Agreement to be executed this 1st day of December, 2017.

Parties to Agreement

**PACTIV & ASSOCIATION OF WESTERN
PULP AND PAPER WORKERS**


By:                                          By:


Georgette Leppert                            Greg Jones
*Director, Employee & Labor Relations*       *Area Representative*


Rich Boucher                                 Ray Allen
*Operations Director*                        *Negotiating Committee*


Virgil Castillo                              Cameron Freeman
*Plant Manager*                              *Negotiating Committee*


Byron Moffet                                 Glen Williams
*Unit Manager*                               *Negotiating Committee*


Graciela Munera                              Adriaan Jenkins
*Human Resources Manager*                    *Negotiating Committee*

# EXHIBIT A
## SECTION I – WAGE RATES AND JOB CLASSIFICATIONS

| | 2017 2% | 2018 2.50% | 2019 2.50% | 2020 2.50% | 2021 2.00% | 2022 2.00% |
|---|---|---|---|---|---|---|
| **Gravure Department** | | | | | | |
| **Leadman** | Current Rate + $.50/Hour, or $.75/Hour when substitute Supervisor | | | | | |
| **Pressman A** | $30.69 | $31.46 | $32.25 | $33.05 | $33.71 | $34.39 |
| 10 mons & 1250 hrs. | $28.19 | $28.90 | $29.62 | $30.36 | $30.97 | $31.59 |
| 6 mons. & 750 hrs. | $27.08 | $27.76 | $28.45 | $29.16 | $29.75 | $30.34 |
| 6 mons. & 750 hrs. | $25.88 | $26.52 | $27.19 | $27.87 | $28.42 | $28.99 |
| **Pressman B** | $24.70 | $25.32 | $25.96 | $26.60 | $27.14 | $27.68 |
| 6 mons. & 750 hrs. | $23.49 | $24.08 | $24.68 | $25.30 | $25.80 | $26.32 |
| **Inspector** | $22.31 | $22.87 | $23.44 | $24.02 | $24.50 | $24.99 |
| 3rd 6 mons | $21.71 | $22.25 | $22.80 | $23.37 | $23.84 | $24.32 |
| 2nd 6 mons | $21.45 | $21.99 | $22.54 | $23.10 | $23.56 | $24.03 |
| Start | $21.15 | $21.68 | $22.23 | $22.78 | $23.24 | $23.70 |
| **Offbearer- Press 1, 2, 3** | $20.02 | $20.52 | $21.04 | $21.56 | $21.99 | $22.43 |
| **Finishing Department** | | | | | | |
| **Leadman** | Current Rate + $.50/Hour, or $.75/Hour when substitute Supervisor | | | | | |
| **Cup Technician** | $27.15 | $27.83 | $28.53 | $29.24 | $29.82 | $30.42 |
| **Former Technician** | $25.09 | $25.72 | $26.36 | $27.02 | $27.56 | $28.11 |
| **Class A Operator** | | | | | | |
| 12 mons. & 1250 hrs. | $23.82 | $24.41 | $25.02 | $25.65 | $26.16 | $26.68 |
| 6 mons. & 750 hrs. | $23.21 | $23.79 | $24.38 | $24.99 | $25.49 | $26.00 |
| Start | $22.89 | $23.46 | $24.05 | $24.65 | $25.14 | $25.64 |
| **Class B Operator** | | | | | | |
| 12 mons. & 1250 hrs. | $22.58 | $23.15 | $23.73 | $24.32 | $24.81 | $25.30 |
| 6 mons. & 750 hrs. | $22.04 | $22.59 | $23.16 | $23.74 | $24.21 | $24.70 |
| Start | $21.45 | $21.99 | $22.54 | $23.10 | $23.56 | $24.03 |
| **Slitter Operator** | | | | | | |
| 12 mons. & 1250 hrs. | $21.13 | $21.66 | $22.20 | $22.76 | $23.21 | $23.68 |
| **N-Line Operator** | Current Rate + $.75/Hour, or $1.00/Hour when proficient at running both #1 and #2 | | | | | |
| **Case Sealer Operator** | $22.04 | $22.59 | $23.16 | $23.74 | $24.21 | $24.70 |
| **Case Sealer Helper** | $19.70 | $20.19 | $20.69 | $21.21 | $21.63 | $22.07 |
| **Catcher/Packer/Feeder*** | $20.86 | $21.38 | $21.91 | $22.46 | $22.91 | $23.37 |
| **\*\*\* Hired after 12/1/84** | $17.91 | $18.36 | $18.82 | $19.29 | $19.67 | $20.07 |
| **Thermoformer Department** | | | | | | |
| **Class A Operator** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 mons. & 1250 hrs. | $23.82 | $24.41 | $25.02 | $25.65 | $26.16 | $26.68 |
| 6 mons. & 750 hrs. | $23.21 | $23.79 | $24.38 | $24.99 | $25.49 | $26.00 |
| Start | $22.89 | $23.46 | $24.05 | $24.65 | $25.14 | $25.64 |
| **Class B Operator** | | | | | | |
| 12 mons & 1250 hrs, | $22.58 | $23.15 | $23.73 | $24.32 | $24.81 | $25.30 |
| 6 mons. & 750 hrs. | $22.04 | $22.59 | $23.16 | $23.74 | $24.21 | $24.70 |
| Start | $21.45 | $21.99 | $22.54 | $23.10 | $23.56 | $24.03 |
| **Assistant Operator** | | | | | | |
| 12 mons & 1250 hrs, | $20.85 | $21.37 | $21.90 | $22.45 | $22.90 | $23.36 |
| 6 mons. & 750 hrs. | $20.29 | $20.79 | $21.31 | $21.85 | $22.28 | $22.73 |
| Start | $19.70 | $20.19 | $20.69 | $21.21 | $21.63 | $22.07 |
| **Catcher/Packer/Feeder*** | $20.86 | $21.38 | $21.91 | $22.46 | $22.91 | $23.37 |
| ***** Hired after 12/1/84 | $17.91 | $18.36 | $18.82 | $19.29 | $19.67 | $20.07 |
| **Baler Department** | | | | | | |
| **Baler Operator** | $21.54 | $22.08 | $22.63 | $23.20 | $23.66 | $24.14 |
| **Service Department** | | | | | | |
| **Plate Maker/ Mounter** | $26.71 | $27.38 | $28.07 | $28.77 | $29.34 | $29.93 |
| **Off Press Makeready Person** | $24.98 | $25.60 | $26.24 | $26.90 | $27.44 | $27.99 |
| **Ink Handler** | $22.34 | $22.90 | $23.47 | $24.06 | $24.54 | $25.03 |
| **Diemaker A** | $27.97 | $28.67 | $29.38 | $30.12 | $30.72 | $31.34 |
| 6 mons & 1250 hrs. | $27.20 | $27.88 | $28.58 | $29.30 | $29.88 | $30.48 |
| **Diemaker B** | | | | | | |
| Top rate 3 years then to bottom A | | | | | | |
| 12 mons & 1250 hrs. | $26.15 | $26.81 | $27.48 | $28.16 | $28.73 | $29.30 |
| 6 mons. & 1250 hrs | $24.48 | $25.09 | $25.72 | $26.36 | $26.89 | $27.43 |
| Start | $21.13 | $21.66 | $22.20 | $22.76 | $23.21 | $23.68 |
| **Quality Control Department** | | | | | | |
| **Inspector / Auditor** | $22.04 | $22.59 | $23.16 | $23.74 | $24.21 | $24.70 |
| **Sample Case Auditor** | $20.86 | $21.38 | $21.91 | $22.46 | $22.91 | $23.37 |
| **Q. C. Leak Tester** | $18.48 | $18.94 | $19.42 | $19.90 | $20.30 | $20.71 |
| **Repack Coordinator** | $18.20 | $18.65 | $19.12 | $19.60 | $19.99 | $20.39 |
| **Maintenance Department** | | | | | | |
| **Automation & Controls Technician** | $34.83 | $35.70 | $36.60 | $37.51 | $38.26 | $39.03 |
| **Class AA Mechanic** | $30.22 | $30.98 | $31.75 | $32.55 | $33.20 | $33.86 |
| **Class A Mechanic** | $29.85 | $30.59 | $31.36 | $32.14 | $32.78 | $33.44 |
| **Class B Mechanic** | $24.65 | $25.27 | $25.90 | $26.55 | $27.08 | $27.62 |
| **Storeroom Clerk** | $21.47 | $22.01 | $22.56 | $23.12 | $23.58 | $24.06 |
| **Tool Crib Attendant** | $20.86 | $21.38 | $21.91 | $22.46 | $22.91 | $23.37 |
| **Ship/Receive/Warehousing Dept.** | | | | | | |
| **Shipper/ Receiver** | $22.89 | $23.46 | $24.05 | $24.65 | $25.14 | $25.64 |
| **Warehouseman A** | $21.45 | $21.99 | $22.54 | $23.10 | $23.56 | $24.03 |
| **Material Handler** | $20.86 | $21.38 | $21.91 | $22.46 | $22.91 | $23.37 |
| **Starting Rates** | | | | | | |
| **2nd 3 months** | $16.28 | $16.69 | $17.10 | $17.53 | $17.88 | $18.24 |
| **1st 3 months** | $14.43 | $14.79 | $15.16 | $15.54 | $15.85 | $16.17 |

**EXHIBIT A**

## SECTION II – Rates When Moved from Regular Job

1. Whenever an employee is moved from his regular job to a higher rate job he shall receive the higher rate. An employee shall be deemed to be moved to a higher rate job when he takes over the duties and responsibilities of that job without the guidance of the employee who is breaking him in, and he shall then receive the higher rate. While the employee is being broken in and another employee is on the job and carrying the responsibility for the job, the employee being broken in shall receive the hourly rate of his regular job.

2. Whenever, for the convenience of the Company, an employee, during his regular shift, is temporarily moved from his regular job to a lower rate job and his regular job is still available, the employee shall receive his regular rate during that period.

3. When an employee, at the request of the Company, accepts temporary work on a lower rate job either before or after his regular shift or on his "day off" in order to fill some emergency vacancy existing, he is to receive his regular rate.

4. When an employee is directed to work for a temporary period on any suitable job other than his regular job, whether or not his regular job is available to him he shall receive the rate of his regular job or the rate of the job to which he is moved, whichever is higher. When an employee's regular job is not available to him and he is offered work for the temporary period on any other job, he may elect to layoff instead of moving to the job offered at the rate for that job, provided he is physically unable to perform the work.

5. Where used in Exhibit A, Section II, a suitable job means one for which the employee has necessary clothing and which he is physically able to perform without unreasonable hazard to his health or to the safety of himself, fellow workers, and equipment.

6. When an employee at his own request and for his own convenience is temporarily assigned extra work before or after his regular shift, or on his "day off", he is to receive the job rate of the extra work assigned. Requests from employees for extra work will be recognized only when such requests are made in writing on appropriate forms provided for that purpose, and shall be effective until cancelled by the employee in writing.

7. Notification to employees of extra work which is available is not to be construed as an order or request that they accept such work.

8. In all cases the employee is to be told the rate he is to receive before going on the job.

9. Where used in Exhibit A, Section II, a temporary period is one so designated by the Company, but after such period has extended longer than one week and the employee involved in thereby dissatisfied he may request the Union Standing Committee to discuss the matter with the Company and such period shall terminate unless the Union Standing Committee and the Company agree otherwise.

10. For the purposes of this Section the "regular job" of an employee on a progression ladder shall be the job on which such employee begins work on the day in question.

**EXHIBIT A**

## SECTION III – Job Evaluation

1. When the Company establishes a new job classification or substantially changes the duties of an existing classification the following conditions shall be applied.

    (a) The Company shall promptly notify the Union Standing Committee of the new or changed job classification. The parties will then attempt, jointly, to establish a proper rate for the job in question. If the parties disagree upon a new rate, the company shall nevertheless effectuate the

new rate it proposed. The Union may then, should it so desire, process the issue through the grievance procedure, beginning at Step II, with subsequent arbitration if the parties fail to resolve the grievance in a manner satisfactory to the Union.

(b) If the Union claims a new wage rate should be established because of a new or substantially changed job classification being established, the same conditions as specified in (a) above shall be applied.

(c) The parties agree to make every reasonable effort to establish a jointly agreed to retroactive date should such question be at issue.

2. In the event of arbitration the arbitrator will have the authority to establish a retroactive date, however said date will not be a date earlier than the first day the parties formally discussed the proper application of a new wage rate.

3. Should the Union choose not to arbitrate a grievance, as provided for in (1) and (2), the Union may pursue the issue of the wage rate in question during the next collective bargaining session between the parties.

## EXHIBIT A

## SECTION IV – Overtime

1. Subject to the conditions set forth in Paragraph 3, of this Section, any employee paid on an hourly basis, will in addition to his straight-time pay, receive overtime at one-half the straight-time hourly rate of the job for:
   a. All work performed on Sunday.
   b. All work performed on any of the holidays listed in Section 7.
   c. All work performed in excess of eight (8) straight-time hours in anyone day.
   d. All work performed in excess of forty (40) straight-time hours in anyone week.
   e. All work performed in excess of eight (8) continuous hours worked when such period of work extends across the end of a work day into the succeeding day provided that such continuous period of working begins four (4) or more hours before the start of the succeeding day.
   f. All work performed on the scheduled or designated days off, as such days are defined in Section 6, provided, however, that this sub-paragraph (f) shall not apply if the work so performed results because of regular scheduled or designated day off has been traded for another day off at the request and for the convenience of the employee, or employees, involved.
   g. All work performed at management's request during a previously scheduled and approved vacation period without notice by the Company of the change in schedule. Notice as used in this paragraph shall be at least seven (7) calendar days prior to the first day of the scheduled vacation.

2. Any employee paid on an hourly basis will, in addition to his straight-time pay, receive overtime at the straight-time hourly rate of the job for all work performed in excess of eight (8) hours on any restricted holiday, as such holidays are listed in Section 7 - Holidays.

3. In applying the provisions of paragraph 1, of this section, no hour worked qualifies as an overtime hour on more than one of the above seven bases, except that work on a holiday may also qualify under 1 (d). Time worked or time paid for time not worked on a holiday will be credited toward the forty (40) hour qualifications, not to exceed eight (8) hours for any given holiday.

**EXHIBIT A**

**SECTION V – Night Shift Differential**

1. Any employee half or more of whose regularly scheduled hours fall between 3 p.m. and 11 p.m. shall receive a differential of forty-nine cents ($0.49) effective 12/1/11 per hour above his normal job rate while he is working such regularly scheduled hours.
2. Any employee half or more of whose regularly scheduled hours fall between 11 p.m. and 7 a.m. shall receive a differential of sixty-five cents ($0.65) effective 12/1/11 per hour above his normal base rate while he is working such regularly scheduled hours.
3. Such night shift differential shall not be deemed a part of the hourly job rate when applying the provisions of this Agreement except in the payment of overtime.
4. Night shift differentials will be applied according to the following guidelines.
   a. A shift worker on the 11 p.m. to 7 a.m. shift, who because of absence of his mate or for some other reason, is required to remain over and work on one of the jobs of the following day shift shall not be considered as continuing his night shift, but will be considered as working a new shift which is an established day shift. Accordingly, he would not receive the night shift differential for his work on the established day shift.
   b. For the same reason as in paragraph (a), a shift worker on a day shift, who, because of the absence of his mate or for some other reason, is held over to work on one of the jobs on the second shift, which would be a night shift, would also be considered as working on a new shift and would receive the night shift differential for his work on the second shift.

**EXHIBIT A**

**SECTION VI – Finishing Operators Move from "B" to "A"**

Memorandum of Agreement

The company recognizes that employees in the Finishing Operator and the Thermoformer Operator positions have motivation to move from the "B" classification to the "A" classification. At the same time, the company has business needs to determine the number of employees it needs to have in each of these classifications based on the established skills criteria for advancing from the "B" to the "A" classification. In determining the appropriate numbers, the company will look at four different areas to establish its needs: Straight line; Thermoformer; Formers; and Cups. Additionally, the company has established the following guidelines to determine when employees may be eligible to move up a classification.

Straight Line and Thermoformer

The company wants all operators on the straight lines and the Thermoformer to qualify for the "A" classification. It expects that all operators in each of these areas will be able to qualify and be promoted to move from the "B" classification to the "A" classification within one (1) year after the time that they reach the top rate of the "B" classification.   If employees do not qualify, they will remain in the "B" classification.

Formers and Cups

The company will allow 40% of the operators in each of these areas to be "A" operators, but can have more if business conditions require it. To be eligible to move from "B" classification to "A" classification the operators must meet the following criteria:

• Be in the "B" position for three years after achieving the top rate for the "B" classification.

- Must qualify and meet all criteria for the "A" classification within one (l) year from the time that it is determined that the company needs to promote an operator from "B" to "A". If the criteria are not met during that time period, the company will select the next senior operator in these areas who meets the three (3) year eligibility.
- An employee who was not able to qualify for the "A" classification can try again to qualify for an "A" classification after one (1) year from the time of his failure to qualify, provided that there is an opening available for "A" classification.

## EXHIBIT A

## SECTION VII – Safety Shoes & Tools

The company will provide the following miscellaneous allowances:

Safety shoes -- $135/year
Tools for maintenance employees -- $125/year

## EXHIBIT A

## SECTION VIII – Job Descriptions

The Company agrees to provide written job descriptions for all job classifications by the expiration date of the collective bargaining agreement, 11/30/12. "A copy of the job description shall be posted with the bid notice for any job bid"

Index

| | | |
|---|---|---|
| 401 (K) Plan | Section 25 | 47 |
| Adjustment of Grievances | Section 26 | 48 |
| Allowance for Failure to Provide Work | Section 10 | 14 |
| Appeal from Discharge or Suspension | Section 27 | 51 |
| Arbitration | Section 29 | 53 |
| Bulletin Boards | Section 15 | 20 |
| Call Time | Section 11 | 15 |
| Contracting of Work | Section 13 | 18 |
| Definitions | Section 6 | 7 |
| Discharge and Discipline | Section 14 | 19 |
| Employee Obligation | Section 12 | 15 |
| Finishing Operators Move from "B" to "A" | Exhibit A - Section VI | 68 |
| Funeral Leave | Section 22 | 39 |
| General Provision Regarding Arbitration | Section 28 | 53 |
| Ground Rules | Section 18 | 31 |
| Holidays | Section 7 | 9 |
| Hours of Work | Section 9 | 12 |
| Job Evaluation | Exhibit A - Section III | 64 |
| Job Descriptions | Exhibit A - Section VIII | 69 |
| Jury Duty and Subpoenaed Witness Allowance | Section 21 | 39 |
| Leaves of Absence for Union Business | Section 32 | 57 |
| Matters Covered and Complete Agreement | Section 30 | 56 |
| Night Shift Differential | Exhibit A - Section  V | 67 |
| No Interruption of Work | Section 5 | 6 |
| Non Discrimination | | 3 |
| Overtime | Exhibit A - Section IV | 65 |
| Payroll Deduction of Union Dues | Section 4 | 5 |
| Pension Plan | Section 24 | 47 |
| Provisions Found to be in Contravention of Laws | Section 31 | 56 |
| Rates When Moved from Regular Job | Exhibit A - Section II | 63 |
| Recognition | Section 2 | 4 |
| Rights of the Parties | Section 1 | 3 |
| Safety | Section 16 | 20 |
| Safety Shoes and Tools | Exhibit A Section VII | 69 |
| Seniority | Section 17 | 21 |
| Supervisors | Section 19 | 32 |
| Terms of Agreement and Changes in Agreement | Section 33 | 58 |
| Union Security | Section 3 | 4 |
| Vacations | Section 20 | 32 |
| Wage Rates and Job Classifications | Exhibit A - Section 1 | 61 |
| Wages | Section 8 | 11 |
| Welfare Plan | Section 23 | 40 |

# EXHIBIT B

# AGREEMENT

## Between



Red Bluff, CA

and



# UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO, CLC

*("UNITED STEELWORKERS" or "USW")*
and its Local Union No. 1876

Term:

**October 01, 2016**

Through

**September 30, 2020**

TABLE OF CONTENTS

PREAMBLE……………………………………………………………………………PAGE 1
ARTICLE 1 - RECOGNITION AND UNION SECURITY ………………………………....PAGE 1
ARTICLE 2 - WAGE AND JOB CLASSIFICATION………………………………………. PAGE 2
ARTICLE 3 - HOURS OF WORK AND WORK SCHEDULES………………………………PAGE 3
ARTICLE 4 - ATTENDANCE AND PUNCTUALITY…………………………………….....PAGE 6
ARTICLE 5 - VACATIONS………………………………………………………………....PAGE 8
ARTICLE 6 - LEAVES OF ABSENCE…………………………………………………..…PAGE 10
ARTICLE 7 - BULLETION BOARD……………………………………………………… PAGE 12
ARTICLE 8 - SENIORITY………………………………………………………………….PAGE 12
ARTICLE 9 - HOLIDAYS…………………………………………………………………..PAGE 15
ARTICLE 10 - OVERTIME…………………………………………………………………PAGE 17
ARTICLE 11- DISCILPINARY POLICY……………………………………………….....PAGE 18
ARTICLE 12 - GRIEVANCE PROCEDURE………………………………………………..PAGE 19
ARTICLE 13 – NO INTYERUPTION OF WORK………………………………………….. PAGE 21
ARTICLE 14 – STANDING COMMITTEE…………………………………………………..PAGE 21
ARTICLE 15 – WORK WEEK, PAYCHECKS AND PAYROLL DEDUCTIONS……………PAGE 21
ARTICLE 16 – SHIFT DIFFERENTIAL……………………………………………………PAGE 22
ARTICLE 17 – CALLOUT PAY AND ALLOWANCE FOR FAILURE TO
                     PROVIDE WORK………………………………………………………PAGE 22
ARTICLE 18 – MAINTENANCE DEPT. – QUALIFICATIONS, ENTRY 7 TRAINING…….PAGE 23
ARTICLE 19 – MANAGEMENT RIGHTS…………………………………………………....PAGE 24
ARTICLE 20 – SAFETY……………………………………………………………………PAGE 25
ARTICLE 21 – INSURANCE………………………………………………………………PAGE 26
ARTICLE 22 – PENSION PLAN…………………………………………………………….PAGE 27
ARTICLE 23 – 401K PLAN…………………………………………………………………PAGE 27
ARTICLE 24 – JURY DUTY………………………………………………………………..PAGE 28
ARTICLE 25 – FUNERAL LEAVE………………………………………………………...PAGE 29
ARTICLE 26 – NON-BARGAINIONG UNIT…………………………………………… PAGE 29
ARTICLE 27 – NON-DISCRIMINATION…………………………………………………PAGE 29
ARTICLE 28 – MISCELLANEOUS……………………………………………… …..PAGE 30
ARTICLE 29 – ENTIRE AGREEMENT…………………………………………………PAGE 31
ARTICLE 30 – TERM OF AGREEMENT…………………………………………………PAGE 31
ARTICLE 31 – CONTRAVENTION OF LAW……………………………………………PAGE 31
SIGNATURE PAGE…………………………………………………………………………PAGE 32
EXHIBIT "A" WAGE SCHEDULE…………………………………………………………PAGE 33
EXHIBIT "B" DEPARTMENTS AND CLASSIFICATIONS…………………………………PAGE 35
EXHIBIT "C" CHECKOFF AUTHORIZATION……………………………………………PAGE 37
EXHIBIT "D: LIFE INSURANCE ………………………………………………………PAGE 38
EXHIBIT "E" PAID SICK LEAVE POLICY………………………………………………PAGE 40

THIS AGREEMENT made and dated this 1st day of October, 2016 by and between PACTIV LLC at Red Bluff, California, hereinafter referred to as the "Company" and the UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,CLC OR IN SHORT "UNITED STEELWORKERS" and with the acronym USW, and its Local Union No. 1876, hereinafter referred to as the "Union".

**ARTICLE 1**
**RECOGNITION AND UNION SECURITY**

1.01    The Company at its pulp manufacturing facilities located at Red Bluff, California, recognizes the Union as the sole collective bargaining agent for the purposes of collective bargaining in respect to rates of pay, hours of work and other terms and conditions of employment, for all production and maintenance employees, including shipping and receiving employees, but excluding all clerical employees, professional, technical and quality control employees and guards and supervisors as defined in the National Labor Relations Act, as amended.

1.02    Only members in good standing in the Union shall be retained in employment for the purposes of this section.  "Members in good standing" shall be defined to be employee members of the Union who tender the periodic dues and fees uniformly required as a condition of acquiring or retaining membership. Nonmembers of the Union hired by the Company must complete membership affiliation immediately following the first sixty (60) working days of employment, or 480 hours worked whichever comes first, and the Union agrees to accept said nonmembers into membership on the same terms and conditions generally applicable to other members.  In the event an employee does not comply with the above provisions, the Union shall give the Company written notice thereof with a copy of such notice being forwarded to the employee.  Failure of the employee to comply with the above paragraph shall result in discharge.

1.03    The Company agrees that it will accept and honor requests made by individual employees for the deduction of Union dues and initiation fees on a form provided as noted in Exhibit "C".

1.04    It is understood that the Company shall not in any way be liable for remittance to the Union for any sums of money other than those which may be standing to the credit of an employee as earned wages in any given month.

1.05    The Union will give notice in writing to the Company of the person officially designated by the Union to whom such dues shall be transmitted.  The Union agrees that transmission of the dues to such person shall fully discharge the liability of the Company to the Union and to the individual employee in respect to such dues.

1.06    The Union will reimburse to the Company any amount deducted and paid to it without due and proper authorization of an employee.

1.07    The Company will normally transmit within ten (10) business days after the month in which the dues were deducted, all amounts which it has deducted from the wages of employees.

1

1.08    The Union agrees that the Company shall not deduct in one (1) month from the wages of an employee more than the regular monthly dues for one (1) month except the initial deduction for a new employee, which deduction will include initiation fees.

1.09    By its agreement to deduct dues, the Company does not in any way undertake to be liable either to the Union or to the individual employee with respect to the individual employee's obligations to remain in good standing with the Union.

1.10    It is the intent of the Company to fully utilize maintenance employees.  Maintenance work traditionally and normally performed by maintenance employees will be performed by these employees unless:

1.  Appropriate skills are unavailable.

2.  Necessary equipment is not reasonably and timely available, or

3.  Man-hours necessary to complete the job are unavailable within the time period during which the Company feels the job must be completed, or unless use of company's personnel would curtail or delay necessary maintenance work.

The Company will notify the Local Union President, or such individual as he/she may designate, of work in the mill to be performed by outside contractors, and will afford him or her the opportunity to review the same with the Plant Manager of his/her representative.


## ARTICLE 2
## WAGE AND JOB CLASSIFICATION

2.01    Exhibit "A" hereto annexed and made a part hereof sets forth the wage rates agreed upon by the parties of this Agreement.

The Company reserves the right to pay employees covered by this collective bargaining agreement on a biweekly or semimonthly basis.  Employees must receive their pay in the form of a direct deposit from the Company to the employees' bank account.  The Company shall give employees thirty (30) days advance notice of any change in payroll methods.

2.02    An employee temporarily assigned a higher rated job will receive the rate of the higher rated job while on such job. An employee temporarily assigned a lower rated job shall receive his/her regular rate while on such job.

An employee who moves to a higher rated job in accordance with Article 8 shall be paid the rate of the new job following the completion of a period not to exceed the training period of sixty (60) working days. If in the opinion of the Company an employee is qualified to perform the work prior to the end of the training period, the employee will be paid the higher rate when so qualified.

In the event of a cutback, the employees will receive the rate of the job into which they are moved.

2.03    In cases where an employee is moved to a higher rated job for the purposes of training or instruction, he/she shall receive his/her regular job rate as long as the employee who is regularly in the job classification is working directly with him/her.

2.04    Management shall establish a temporary rate for new occupations and for substantially changed, combined, or otherwise modified, existing occupations.  After such new or changed occupation has been observed for a period of at least thirty (30) days, either party may request a meeting to negotiate a permanent rate.  Should these negotiations fail to produce agreement on the rate to be paid, the matter may be referred to Step 4 of the Grievance Procedure.

2.05    Should Step 4 fail to produce agreement on the rate to be paid, the matter may be referred to arbitration.  The arbitrator shall be limited in his/her authority to establish a rate modification within the confines of the monetary position of the parties under Item 2.04 above.

2.06    The rate established by negotiation or arbitration as provided for above shall become effective as of the date negotiations began.  However, in cases where there is a reduction in job rate as the result of the arbitrator's decision, such reduction in job rate will not be applicable to employees currently filling the job.

## ARTICLE 3
## HOURS OF WORK AND WORK SCHEDULES

3.01    This article defines the normal hours of work and shall not be construed as a guarantee of hours per day or week or of days per week.

3.02    The word "day" means a twenty-four (24) hour period beginning at 7:00 A.M. or at the regular hour of changing shifts nearest to 7:00 A.M. in a particular department.

3.03    The word "week" means a period of seven (7) consecutive days beginning with the start of the work day on Monday.

3.04    The employee's scheduled work day is eight (8) hours and thirty (30) minutes as defined in 3.02 above.  The hours of work shall be consecutive except when an unpaid lunch period is provided.

3.05    Employees working or scheduled to work at least five (5) hours will receive a thirty (30) minute unpaid meal period, with the exception of the Boiler Tender job classification who will receive a thirty (30) minute paid meal period due to the job responsibility.  The Company may adjust the exact time of the meal period for each employee to allow for continuous work coverage.

All employees must punch 'out' at the beginning of the meal period and punch 'in' at the end of the meal period.  Employees on an unpaid lunch period may leave the premises at meal time. If the nature of the work on a specific day requires an on-duty meal period the employee must agree in writing and will be paid for the meal period.

Employees will be granted a 4-minute grace period when punching back in following a lunch period.  Failure to punch in within that period of time will subject the employee to a ½ point tardy under the policy.

Employees who are more than 15 minutes late returning to their work area following a lunch break will be subject to the ½ point and will be subject to progressive discipline.

3.06    With the exception of the Boiler Tender job classification, an employee who is not provided with the opportunity to take a thirty minute uninterrupted unpaid meal period prior to the completion of five hours of continuous work (1) shall be paid for working during the meal period and (2) shall receive one (1) hour of pay at his/her regular hourly rate of pay.

3.07    The regular scheduled workweek of an employee shall be considered as five (5) days of work in a week as defined in 3.03 above.  It will be the practice of the Company normally to schedule work on the basis of consecutive workdays.   It will be the practice of the Company normally to schedule work on the basis of consecutive workdays except when agreed upon schedules provide otherwise.

3.08    When a shift begins, each shift worker is required to be at his/her place ready to begin work or at a location and/or engaged in an activity or work assignment as directed by the Company.

3.09    At the designated end of his/her shift, no worker will leave his/her place to wash up and dress until his/her relief has reported and is ready to take on the responsibility of the position.
After being relieved from your work station and/or shift by your replacement you may be directed to engage in an activity or work assignment as directed by the Company.

3.10    a.      If a shift worker does not report for his/her regular shift, the employee whom he/she was to have relieved is to notify his/her team leader/supervisor.  This worker is to then remain at his/her post until a suitable relief can be obtained, or at the end of sixteen (16) hours, whichever is sooner.

  b.    <u>Anticipated Absence</u>
When an absence is approved by management twenty-four (24) hours or more, the vacancy will be filled as follows:

  1. The Company will use the Layoff List.
  2. If no one is available from the Layoff List, a temporary person will be called in to fill the vacancy.
  3. If a temporary person is not available, the Voluntary overtime list will be used in the order of which they have signed up.
  4. If there is no temporary person or voluntary overtime list person available, then follow the language in 3.10 (c).

  c.    <u>Unanticipated Absence</u>

  1. The employee whose relief has called in or has failed to show up will be offered the overtime.
  2. The Company will attempt to fill the vacancy with straight time by using the Layoff List.
  3. If no one is available from the Layoff List, utilize the Voluntary Overtime List for the week by asking employees on shift, in the order in which they have signed the list.
  4. Qualified employees on shift will be offered the overtime according to seniority.
  5. If nobody on shift wants the overtime, the remaining employees on the VOL will be asked.

4

6. If no employee wants the overtime, a qualified temporary employee can be used.
7. If relief cannot be obtained, the employee or qualified temporary whose relief failed to show will be required to work an additional shift.
8. To avoid requiring an employee to work a double shift, the employee in the job classification on the prior shift and the employee on the subsequent shift may voluntarily split the shift where the vacancy occurs (With approval from management).
9. If an employee cannot be required to work an additional shift (Article 3, Section 3.11) the qualified junior employee or qualified junior temporary on shift in the department will be assigned.
10. When additional mandatory overtime is required in a given week after the qualified junior employee or qualified junior temporary has been required to work mandatory overtime, on one occasion in that week, the second most junior qualified employee or junior qualified temporary will be required to work mandatory overtime. Additional mandatory overtime requirements for that same week will be assigned in reverse seniority order to the next most junior qualified employee or junior qualified temporary until the need for all mandatory overtime for that week has been met.

Voluntary Overtime Procedure Guidelines

- Employees called in for non-emergency voluntary work per this section are not afforded 4 hrs. call pay.
- Employees called in for emergency work as detailed in Article 17.04 of the CBA will be allowed 4 hours call pay.
- When an employee is on the Voluntary Overtime List, they may specify day(s) he/she do not wish to work overtime by placing an "X" in the appropriate box.
- When an employee gets overtime, the shift they work designation will be placed on the day of overtime, (i.e. 7-3, 3-11, 11-7). If an employee is asked to work overtime but refuses, and "R" will be placed in the appropriate box. In either case, the employee's name will be moved to the bottom of the list, but will remain in the same rotation.
- The Voluntary Overtime List will be posted @ 7:00am Monday, by the supervisor, in their office.
- Employees who are on the Voluntary Overtime List will notify the HR Rep. no later than 3:00p.m. Friday if the wish to remain on the list the next week. If they do not notify the HR Rep., their name will be dropped from the list.
- The Voluntary Overtime List will rotate each week with a new person at the top of the list. Any additional employees wishing to place their name on the list will notify the HR Rep., and will be placed at the bottom of the list. They will then become part of the rotation on a weekly basis, if they have indicated interest as listed above.

Penalty Pay

When an employee has been excused seventy-two (72) hours, or more, prior to an absence, and no relief is scheduled at least sixteen (16) hours prior to the absence, an employee who is required to work an additional shift without a least sixteen (16) hour' notice, will receive penalty pay of four (4) hours straight time pay in addition to pay for hours worked. Penalty pay does not apply if relief is timely scheduled, but fails to fulfill the schedule.

3.11   Shift workers shall be required to work an additional shift where no suitable relief is available; but in no case will shift workers be required to work double shifts on successive calendar days, except on a voluntary basis.

3.12   The Company will provide a thirty (30) minute paid meal period, for each employee who will be required to work in excess of ten (10) consecutive hours.

3.13   Any employee who has left the plant, who is notified to report for work with less than one hour notice, and required to work for four (4) consecutive hours after so reporting shall be furnished a meal ALLOWANCE and a twenty (20) minute paid meal period. An additional meal Allowance shall be furnished for each four (4) hour period consecutively worked under this item. But in no case will the Company be required to furnish a meal Allowance to an employee who is allowed to go home within four hours after receipt of a meal Allowance as provided for under this section.

3.14   Employees will receive a six-dollar ($6.00) meal allowance for the meal period set forth in 3.12 and 3.13.

3.15   All workers shall be at their respective post, ready to begin work, at the time their day starts; and shall not quit work in advance of the time their day stops; except for the purpose of rest periods. The Company shall authorize and permit all employees to take rest periods, which insofar as practicable shall be in the middle of each work period. The authorized rest period time shall be based on the total hours worked daily at the rate of ten (10) minutes net rest time per four (4) hours or major fraction thereof. However, a rest period need not be authorized for employees whole total daily work time is less than three and one-half (3 ½) hours. Authorized rest period time shall be counted as hours worked for which there shall be no deduction from wages. If the Company fails to provide an employee a rest period in accordance with the applicable provisions of this order, the Company shall pay the employee one (1) hour of pay at the employee's regular rate of compensation for each work day that the rest period is not provided.  A wash-up period of ten (10) minutes will be provided for maintenance crews prior to the end of their shifts.

3.16   If an employee is working a double, they will be relieved at the end of sixteen (16) hours by their relief from the oncoming shift.

## ARTICLE 4
## ATTENDANCE AND PUNCTUALITY

Employees are expected to report for work on time each workday and complete the daily work requirements. Every absence disrupts operations and creates a hardship for the other employees. Each employee is responsible for his or her own attendance, including attendance status.

It is your responsibility to maintain your personal time card in good condition and to punch your own card when you start each shift, for meal periods and at the end of the day. It is a violation if someone else punches your timecard or you punch the card of another employee. If you miss a punch, please notify your team leader/supervisor for approval and proper documentation.

The maximum acceptable limit of poor attendance is established in the attendance policy. You must have an acceptable attendance record to retain employment with us. The Red Bluff Attendance Policy is as follows:

## **ATTENDANCE POLICY**

Each employee will be allowed four unpaid permission days off within a twelve (12) month period. The following conditions must be met:

- There is suitable coverage for the employee's absence as determined by the Company.
- Employee must request permission day at least 24 hours in advance.

It will be up to employees to keep track of their own permission days. The team leader/supervisor will not check on how many days an employee has taken before telling the employee if the conditions for a permission day have been met. Permission days taken over four in a twelve (12) month period will be counted as unexcused absences.

Unexcused absences will be handled using a no fault point system. A tardy of two hours or less, and early outs of two hours or less will be worth a half a point. Tardiness or an early out of more than two (2) hours will be counted as an unexcused absence and will be worth one point. If an employee is a no call/no show on a given shift, he/she will receive two points for that shift. All other unexcused absences will be worth one point. Points will be tracked on a rolling 12-month basis.

Employees will normally receive notification for poor attendance as follows:

| Notification | Points in Last 12 Months |
|---|---|
| 1st Notification | 6.0 or 6.5 |
| 2nd Notification | 7.0 or 7.5 |
| Termination | 8.0 |

The following are considered excused and will not be included under the attendance policy:

- Jury Duty (documentation required)
- Funeral Leave for immediate family as defined in Bargaining Agreement (Company may request documentation)
- Floating holiday
- Lack of Work
- Approved leave under the Family and Medical Leave Act
- Company approved personal or medical leave of absence
- Being admitted to the hospital on an emergency basis
- Work related injury for which no modified duty is available
- Documented verifiable motor vehicle accident enroute to a scheduled shift
- Pre-approved leaves of absences (including Union Business)
- Vacations

The following will be considered unexcused absences:

7

- Days off without permission (when a medically confirmed illness causes an employee to miss multiple consecutive work days, it will be counted as a single occurrence if a doctor's note is provided).
- Early outs
- Tardy
- Permission days taken which exceed four in a twelve-month period.

Absences due to approved FMLA/Intermittent FMLA are not assessed attendance points, nor are approved disability-related absences. However, failure to call in to report your absence due to approved FMLA/Intermittent FMLA or approved disability-related absences will be assessed one point for each failure to call in.

A monthly report is usually posted so that employees can monitor their attendance record. If for any reason a report is not posted, contact Human Resources for an update of your record or for any other questions you may have.

## ARTICLE 5
## VACATIONS

5.01   Each employee covered by this Agreement who on his/her anniversary date has completed the required years of service and hours in the prior calendar year, will be entitled to vacation pay based on the employee's base rate times forty-four hours (44) or forty-two (42) hours if hired after 1/1/06 or 2% of wages received during the previous calendar year, whichever is greater, to determine the vacation rate.  The vacation rate will be applied as follows:

| | |
|---|---|
| Completed one (1) year, but less than three (3) years, and worked 1,040 hours | 2 days |
| Completed three (3) years, but less than eight (8) years, and worked 880 hours | 7 days |
| Completed eight (8) years, but less than fifteen (15) years, and worked 520 hours | 12 days |
| Completed fifteen (15) years, but less than twenty (20) years, & worked 520 hours | 17 days |
| Completed twenty (20) years, but less than thirty (30), and worked 520 hours | 22 days |
| Completed thirty (30) years, and worked 520 hours | 27 days |

For each employee hired on or after October 4, 2016, covered by this Agreement who on his/her anniversary date has completed the required years of service and hours in the prior calendar year, will be entitled to vacation pay based on the employee's base rate times forty (40) hours to determine the vacation rate.  The vacation rate will be applied as follows:

| | |
|---|---|
| Completed one (1) year, but less than three (3) years, and worked 1,040 hours | 2 days |
| Completed three (3) years, but less than eight (8) years, and worked 880 hours | 7 days |
| Completed eight (8) years, but less than fifteen (15) years, and worked 520 hours | 12 days |
| Completed fifteen (15) years, and worked 520 hours | 17 days |
| Completed twenty (20) years, but less than thirty (30), and worked 520 hours | 22 days |
| Completed thirty (30) years, and worked 520 hours | 27 days |

5.02   Vacations are not cumulative and must be taken during the twelve (12) months immediately following the year in which they are earned.  Said vacation will be paid in the year eligible. Thereafter, such employee's vacation earning year will continue to be calendar year ending December 31st.

8

5.03    Scheduling of Vacation Time:

From October 1 to on or before December 1 of each year the Company shall post a notice requesting employees entitled to vacations to specify their choice of vacation period in line with their plant seniority. Selections shall be awarded by seniority (subject to future plant requirements).   The final vacation date assignments shall be posted January 2, which assignments may be subject to change based upon the operational needs of the plant, as determined by the Company.  The list shall cover the period from January 1 through December 31 of each year. Employees who request vacation after December 1 will be scheduled on a first-come, first-served basis, subject to management's approval.  If two employees on the first-come, first-served basis request the same vacation period and the request is received by the Company at the same time, seniority shall determine who is awarded that vacation time**.**

> Section Note 1:  Vacations will be taken in weekly increments of one or more weeks at a time from Monday through Sunday (except for as noted below)**.**

> Section Note 2:  One Day at a Time Vacation (ODAT) – Employee's will be allowed to use up to two vacation weeks (if eligible) one day at a time. The ODAT must be pre-approved by the Supervisor/Team Leader at least twenty-four (24) hours in advance. The ODAT will be paid at the employee's vacation rate (1/5 of the weekly vacation pay).

> Section Note 3: Weekly vacations will not be counted as time worked for purposes of computing daily or weekly overtime. One Day at a Time (ODAT) vacation time shall be computed as time worked for computing daily or weekly overtime. However, if an ODAT is taken on the sixth day of a six day schedule, it will be paid at an employee's vacation rate and will not count as hours worked for overtime payment.

> Section Note 4: With 30 calendar days' notice, the Company reserves the right to require employees to schedule vacations during plant shut downs at any time during the year. If the Company fails to provide 30 days' notice, employees can be requested to use vacation but it cannot be required**.**

> Section Note 5: The Company may determine the number of people in each area of the plant that can be on vacation at any given time.  Based upon the number of people needed to operate the plant, and the number of people on various leaves of absence at any given point in the year, the number of people that can be on vacation at any given time may change throughout the course of the vacation year.  If the Company determines there is a need to modify the number of people allowed out on vacation during the course of the year, the Company will notify the Union of such changes.

5.04    All employees will have the option of receiving pay, in lieu of time off, for all eligible vacation in excess of two (2) weeks.

5.05    Time lost as a result of an accident recognized by the California Industrial Accident Commission, suffered during the course of employment, shall be counted as part of continuous hours of employment at the rate of forty (40) hours each week during the balance of the vacation year in which the injury occurred and during the following vacation year immediately following but not exceed in any event a period of one (1) year from date of injury.  An employee with more than one (1) year of service, not interrupted by a break in service as provided for in this Agreement, will receive earnings credit at the rate of forty (40)

hours per week times his/her base hourly wage rate at the time of such industrial injury, for time lost in excess of thirty (30) days on any one injury, but not to exceed a period of twelve (12) months.

5.06    An employee drafted into the Armed Forces of the United States who has not earned a full week's vacation during the current vacation year shall receive his/her prorated vacation pay on that basis as outlined in this section, such to be paid with the employee's final pay check.

5.07    In the event that, after completing one (1) year or more of service an employee is separated from the payroll, he/she will be entitled to such vacation pay of two percent (2%) of his/her earnings per vacation week from the previous January 1st to the date of separation, both dates inclusive.  Employees terminated during a calendar year in which they have not worked, will not be entitled to vacation pay for that year.

5.08    The Company will schedule all vacation periods as close to the employees' desires as operating conditions permit.  If in the opinion of the Company it is more advantageous to close down a portion or all of the plant to provide vacation time, or reschedule an individual employee's vacation, it may do so. The Company will attempt to provide at least twenty-one (21) days' notice when changing or canceling vacation.

5.09    The hourly rate used to calculate vacation pay shall be determined by the employee's current status rate (permanent job classification) at the time the vacation check is ordered.  Vacation checks are normally ordered one (1) week prior to departure.

## ARTICLE 6
## LEAVE OF ABSENCE

6.01    A leave of absence without pay may be granted for bona fide reasons for a period not to exceed thirty (30) days upon written request of an employee.  Should a question arise as to whether an employee's reason be requesting such a leave of absence is bona fide, the matter may be referred to the Grievance Procedure.

6.02    Leaves of absence may be extended at the Company's discretion, for additional thirty (30) day intervals not to exceed one (1) year, or eighteen months (18) for those on worker's compensation, except where the Company grants additional leave as otherwise required by State or Federal laws.  The Company from time-to-time may require proof to its satisfaction of the employee's incapacity.  Seniority shall accumulate up to one (1) year, or eighteen (18) months for those on worker's compensation.  If the absence extends beyond one (1) year, or eighteen (18) months for those on worker's compensation, seniority will be lost, except where limited by State or Federal laws.

a.  It is the responsibility of the employee to inform the Human Resource's office of their leave by 10:00 am Thursday of the week prior to coming back to work.  Failure to notify the Human Resource's office will result in them being left off the schedule for that week.

b.  Any employee on leave for more than eight (8) months will terminate from all group insurance, which includes Medical, Dental, and Vision.  Life Insurance will terminate at the end of 12 months of leave. In order to maintain coverage during this period of time, employees must stay current with their contributions.

c.  An employee's group insurance will terminate thirty (30) days following the month in which he/she was placed on layoff.

6.03    A leave of absence record shall be prepared by the Company when such leave is approved: one (1) copy to the employee, one (1) copy to the Union, and one (1) copy to the Company's records.  The record shall set forth the employee's name, department, dates of beginning and end of leave and any extension thereof.

6.04    Upon the employee's return he/she shall be reemployed in his/her former position.  In the event his/her job is discontinued, he/she shall be employed at work commensurate with his/her seniority, skill and ability.

6.05    The employee's seniority shall accumulate during his/her leave of absence provided he/she does not accept employment elsewhere, with the exception of leave provided for under Item 6.07 below.

6.06    Pregnancy leave will be treated as any other disability leave.

6.07    Any employees selected to a Union position or selected to work for the Union which takes him/her away from his/her employment with the Company, shall upon written request of the Union receive a leave of absence without loss of seniority for the period of his/her services for the Union, provided such period does not exceed twelve (12) months.  Such leave may, at the discretion of the Company, be extended for an additional twelve (12) months.

6.08    The Company shall upon receipt of a written request from a Local Union officer, permit Union officials limited to the President, Vice President, Financial Secretary, Recording and corresponding Secretary, and Treasurer to be released from their jobs under the following condition:

No more than three (3) officers shall be released from their jobs on a given date. It shall be the responsibility of the employees released under this section to notify their Team Lead/Supervisor.

6.09    The Company will grant leave of absence for up to fourteen (14) days for a Union official or delegate to attend a Union convention or conference.  Such leaves of absence shall be limited to a maximum of five (5) officials at one time and a total of four (4) conventions per year.

6.10    An employee who has become ill shall be granted a leave of absence without formal application. The Company, however, may at its discretion, request satisfactory evidence of such illness and it shall be the responsibility of the employee to obtain and furnish such evidence when requested, but not more often than each thirty (30) days.

6.11    An employee who is ill or disabled for a period in excess of twelve (12) months shall be considered terminated unless the Company grants an extension to the leave as required by State or Federal Law.  In the event the parties disagree over an extension, the matter will proceed to Step 4 of the Grievance Procedure.

6.12    Employees who are off work for seven (7) days due to a non-workers compensated injury or illness will be required to submit a doctor's statement that they are capable of performing the full duties of their job prior to their return to work.

11

6.13    Employees who are off work for any time due to a workers compensated injury or illness shall be required to furnish a doctor's statement that they are capable of performing the full duties of their job prior to their return to work.

An employee who is off work due to a workers compensated injury or illness will be allowed back to work temporarily to perform within their physical limitations, and receive the full rate of pay for their normal job provided there is a doctor's statement supplied which details the employee's physical and work limitations, and the Company has such work available for the employee to perform which meets those limitations.

6.14    The Company will comply with FMLA & CFLA Federal and State laws.

# ARTICLE 7
## BULLETIN BOARDS

7.01    Special bulletin boards provided with locked cases and for the exclusive use of the Union shall be provided by the Company.

7.02 The Union shall be responsible as to the material placed on such boards, such materials to be limited to official Union business.

# ARTICLE 8
## SENIORITY

8.01    Subject to the employee's past performance and his/her qualifications to satisfactorily perform the duties of the job, the Company, in filling jobs and permanent vacancies and in layoffs and recall after layoffs, will be guided by the principle of seniority when the efficiency of the operation will not be materially reduced.

8.02    In order to maintain enough move up on shift (whenever possible), the Company will post a bid for vacation relief Mold Cleaners. Only employees that hold a bid or qualified employees and temporary workers who show interest may work in the mold cleaner position. Except as outlined in 8.02a, qualified employees that do not hold a bid in the line of progression will not work above the Mold Cleaner position. Terms referring to "qualified" or "qualifications" when used in this line of progression language means qualified to competently perform the job, without further training, in a safe, efficient and productive manner as determined by the Company, and the employee has signed off on the appropriate training document. If an employee no longer feels they are qualified to perform line of progression work, they need to complete paperwork in the Human Resources office to relinquish all rights and remove any qualifications from such positions. If the Company determines that a vacancy needs to be filled, the Company will post a notice for 5 calendar days, excluding Saturdays, Sundays and Holidays, during which time employees may make written application to the Human Resource's Department. When filling vacancies, the basic principle of seniority will be used to determine who is awarded the job, provided the employee has the necessary qualifications to perform the bid job.  Packer positions will not be placed up for bid.  Employees on vacation during the entire posting period may make written application for such jobs, provided the application is submitted within five (5) working days of the employee's scheduled date to return

12

to work. An employee can only maintain one vacation relief bid, outside the line of progression, at any given period.

8.02a Effective October 1, 2016, when the Company determines a permanent vacancy needs to be filled in the line of progression, the Company will post a notice for 5 calendar days, excluding Saturdays, Sundays and Holidays, during which time any employee may make written application to the Human Resource's Department for the permanent vacancy. If there are no employees in the line of progression who bid on the permanent vacancy during this time, consideration shall be given to other employees who bid on the opening during this time on the basis of plant seniority. Any employee who is unwilling to advance to a permanent vacancy in the line of progression will not relinquish their rights in the line of progression.

8.03    When utilizing the line of progression to fill a vacancy, the employees in each bracket in the line of progression shall be considered on a bracket seniority basis, with the employee having the longest period of service in a bracket being rated in the number one position, the employee with the second longest period of service in the number two position, and so on.  An employee advanced from one bracket to the next above position fills on the shift where the vacancy exists and automatically becomes the employee holding the lowest position in that bracket.

8.04    Plant seniority shall be the seniority used in cases of permanent layoff, provided the employee is qualified to perform the functions of the position to which they are moving.

8.05    An employee shall be regarded as probationary until he/she completes 60 cumulative working days of service with the Company following his/her date of hire. However, in the case of a temporary person who has worked at least 60 days prior to being hired by the Company, their probationary period will be 20 cumulative working days of service. There shall be no Company responsibility for the re-employment or continuing of employment of probationary employees.  At the end of the probationary period, the employee shall be classified as a regular employee and his/her seniority shall be established as beginning on his/her latest date of hire immediately preceding the completion of his/her probationary service.

8.06    In filling new jobs or job openings, preference shall be given by the Company to employees now on the payroll who are qualified before going outside the plant to hire new workers.  In the event that an employee filling a new job or permanent bid job vacancy (with the exception of Boiler Tender and maintenance trainee who have up to 6 calendar months) is found by the Company or the employee, during his/her trial period (such trial period not to exceed sixty (60) working days), to not be qualified therefore, he/she shall be returned to his/her former position. Except as otherwise required by State or Federal Law, any employee who is unable to advance to a permanent job in the line of progression will relinquish their rights in the line of progression and be placed in the Packer position at the lowest position.

8.07    Seniority shall be determined by the date of the last employment of the employee by the Company.

8.08    Seniority shall be forfeited by any absence from work in excess of twelve (12) consecutive months, or eighteen (18) consecutive months for those on worker's compensation, by failure to report to work upon the expiration of a leave of absence, or for failure to report to work when called, except where governed by State or Federal law.

8.09    A seniority roster of employees in each department shall be kept in the Human Resource's office and every three months a copy shall be given to the steward of the department.

13

8.10    An employee promoted or transferred from a job within the bargaining unit to a position outside such unit shall continue to accumulate seniority on the job and in the department from which he/she came for a period of ninety (90) cumulative working days per calendar year.  Any number of hours worked in a day, as determined by the employee's starting time, shall constitute a day's work.  If he/she retains his/her new position beyond that period, he/she shall forfeit all seniority rights under this Agreement.

8.11    A permanent vacancy exists when an employee terminates employment. A seniority move will be made when a temporary vacancy is determined to last more than 8 weeks. Temporary vacancies for vacation relief and leaves of absences (less than 8 weeks) will be filled by the qualified employee in the next lower bracket on the shift involved.

8.12    Curtailments of Work

A.    In case of a temporary curtailment of operations for any reason, displaced  qualified employee (s) who contact management and request to work additional shift(s) in order to attain their 40 hours for the week may bump other employees(s) utilizing the following process:

1.    By bumping any temporary employee that is working during the week.
2.    By bumping the lowest seniority employee that is working during the week.
- Displaced employee(s) that are exercising their bumping rights must be qualified in the vacant position.
- Notification to management must be made within 24 hours of employee knowledge of curtailment in order to be accommodated by seniority.
- Any displaced employee(s) that notify management after the 24 hour period that they also want to attain their 40 hours will only be able to access any position that is still remaining in 1 or 2 above.

B.    If there is a temporary curtailment of operations which lasts for more than 2 weeks (14 days) or longer, and a senior employee is on layoff, the senior employee who expresses a desire to train, will be afforded the opportunity to train in that position.

8.13    The Departments are as follows:
Laboratory
Maintenance
Duplex
Warehouse

8.14    The following will establish the seniority of employees who may have been hired on the same day.

a.    The hire date of any new employee shall be the first day of work.

b.    When more than one employee is hired (starts to work) on the same day, then shift assignment will establish their seniority.

In other words, if three employees all start to work on the same day, but one employee starts on the 7-3 shift, one employee starts on the 3-11 shift, and one employee starts on the 11-7 shift, then the 7-3 shift employee has more seniority than the 3-11 shift employee, etc.

14

c.  If more than one employee is hired on the same day and for the same shift, then their seniority is established by the alphabetical listing of their last name.

8.15    Contacts for recall from layoff shall be made at the employee's last known address and telephone number, according to personnel records.  It is the responsibility of the employee to keep the Company informed of any changes in address and telephone number.  The following procedure will apply:

a.  The employee will be contacted at the last known telephone number, if this step is not successful, then;

b.  The Company will attempt recall by certified letter, to the last known address, with a copy of the Union, advising that work is available.

c.  The Company has twenty-four (24) hours, from the time the employee contacts the Human Resource's office, to make their job and shift assignment

An employee, who fails to report to the Human Resource's office within five (5) calendar days from the date of the certified letter, shall forfeit accrued seniority rights and will be terminated from employment with the Company.

8.16    The Company will have the right to hire and train employees for a period not to exceed ten (10) working days for the purpose of maintaining an adequate call in list.  In addition the company may conduct up to 16 hours of classroom training for new employees.  During the ten working days of the training period, trainees must be accompanied by full-time employees.

It is understood that during this training period, senior employees may remain on layoff.  However, this article shall not apply when the layoff total exceeds sixty (60) employees.

8.17    Where a former employee who has worked for at least five (5) years and has not been out of the Red Bluff plant for more than five (5) years is rehired they will be paid at the initial new hire training rate for the first sixty (60) working days of employment.  That employee will then receive the full rate for job(s) that he/she may fill for the duration of his/her employment.

## ARTICLE 9
## HOLIDAYS

9.01    The days listed below shall be observed as holidays and shall be paid for at eight (8) times the straight time hourly rate if not worked:

Employee's Birthday – (Floating Holiday)
New Year's Day
Easter Sunday

15

Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Day Following Thanksgiving Day
Christmas Eve Day
Christmas Day
New Year's Eve Day

a.  The Employee's Birthday – (Floating Holiday) will be permitted with at least seven (7) days' notice by the employee, provided said holiday does not interfere with departmental efficiency.

b.  Priority for scheduling the Employee Birthday (i.e. Floating Holiday) will be by seniority.

9.02    An employee to be eligible for pay on any of the above-noted holidays when not worked must have been:

a.  On the Company's payroll ninety (90) calendar days prior to the holidays, provided the probationary period has been completed, and

b.  Must have worked his/her last schedule shift prior to the holiday and first scheduled shift following the holiday unless off due to bona fide sickness or other bona fide compelling reason beyond the control of the employee or when the employee is on an authorized paid vacation.  Employees on disciplinary layoff do not qualify for holiday pay for the holidays occurring during said layoff.

c.  An employee absent from work due to an unpaid leave of absence will not qualify for holiday pay. Employees off work because of layoff, medical leave, or due to an industrial accident recognized by the California Industrial Accident Commission shall be entitled to holiday pay for those holidays occurring within ninety (90) calendar days following the commencement of the layoff, medical leave or such reported industrial injury.

9.03    Holidays as listed above are based on a twenty-four (24) hour workday.  At the discretion of the Company, work may be required to be performed on these holidays, providing, however, that no work shall be performed on Christmas Day, New Year's Day, and after the end of shift or work period nearest 3:00 p.m. on Christmas Eve Day and December 31, except for required maintenance work.

Prior to the aforementioned four holidays, the Company will supply to the Union a list of the anticipated maintenance work to be performed, in sufficient time for the Union to review and give its input to management.

The Company may not require anybody to work on July 4th, Thanksgiving Day or Christmas Eve morning, except for required maintenance.  The Company has a right to ask for volunteers to work on July 4th, Thanksgiving Day or Christmas Eve morning.

9.04 If an employee is previously scheduled to work on any of the above holidays and fails to report without good cause, he/she shall not receive holiday pay.

16

9.05 When one of the listed holidays falls within an employee's vacation, the employee shall receive his/her holiday pay in addition to his/her vacation pay.

9.06   Holidays will be observed when they occur. However, for those employees whose 6 day work schedule falls on a Sunday which is a no work holiday as specified in Article 9.03, and they would have been scheduled to work their normal schedule will have the following Monday be considered as the holiday, except for Easter, for purposes of premium pay.

9.07   The Company will advise the Union of its holiday work schedules seven (7) days prior to the holiday.  In the event of last minute changes that may arise, the appropriate Union official will be notified as soon as any such contemplated changes become apparent to the Company.

9.08   When as employee works on any of the holidays listed in Section 9.01 the employee shall receive pay at one and one-half (1 ½) times his/her straight time hourly rate, plus eight (8) hours Holiday pay.


# ARTICLE 10
# OVERTIME

10.01   For the sole purpose of keeping within forty (40) hours, there shall be no staggering of hours or layoffs as a result of overtime hours worked.

10.02   All overtime shall be computed on the job rate of the work performed during the overtime hours.

10.03   Overtime at the rate of time and one-half shall be paid for:

a.   All hours worked on holidays as noted in Article 9;

b.   All hours worked in excess of forty (40) hours in any one week;

c.   All hours worked in excess of eight (8) hours in a day, to include Sunday into Monday;

d.   All work performed in excess of eight (8) continuous hours worked when such period of work extends across the end of a work day into the succeeding day, provided that such continuous period of work begins four (4), or more hours before the start of the succeeding day.

10.04   With the exception provided in the above paragraph only one (1) basis for calculation of applicable overtime pay shall be used for the same hours, but that basis which provided the greatest amount of compensation shall be used.

10.05   Unworked holidays shall be computed as eight (8) hours worked for the forty (40) hour qualification; except that a holiday, which falls on a scheduled day off shall not be so computed.

10.06   Compensable hours for funeral leave shall be counted as hours worked for the purpose of computing overtime.

10.07   Time served for which jury duty pay is received as specified in Article 24 shall be counted as time worked for the purpose of computing overtime.

# ARTICLE 11
## DISCIPLINARY POLICY

11.01   Management expects a certain level of performance from all of its employees. This performance level includes, but is not limited to, following all plant rules, attending to one's job duties in a safe, efficient and productive manner, and abiding by the Labor Agreement. When an employee does not perform at the expected level, he/she may be subject to disciplinary action.

The company generally uses a four step disciplinary policy for any employee who has completed their probationary period. The four steps are:
1.  Documented verbal warning.
2.  Written warning.
3.  Written warning with suspension.
4.  Suspension during an investigation of employees(s) leading to termination.

Management reserves the right to skip any or all of the disciplinary steps, depending on the nature and severity of the infraction. This policy does not affect probationary employees who may be terminated for any reason, so long as it does not violate Federal, State or local laws.

When an employee's performance does not meet all expectation, the team leader/supervisor may counsel the individual without going through the disciplinary procedures. These consultations are meant to correct performance problems before discipline becomes necessary, and as such would not normally be counted as one of the four steps in the disciplinary procedure.

11.02   All warnings, verbal or written, shall be made in the presence of a Union Stewart, or a member of the Standing Committee, or a member of the Executive Board. Without a Union witness, all reprimands shall be void.

11.03   After a period of two hundred seventy (270) working days has passed without the employee receiving a further reprimand for any offense, the employee's record shall be considered clear and the reprimand destroyed. Section 12.18 shall not apply to discipline for attendance infraction which shall be handled through the attendance policy.

11.04   Any employee who is discharged by the Company shall be advised in writing, within twenty-four (24) hours, as to the reason, or reasons, for any such action. Any such notice of discharge shall be presented to the employee in the presence of his/her Shop Stewart, with a copy of the notice going to the Union.

11.05   It is recognized that there may be cases where it will be impractical to have the employee physically present for the presentation of a discharge notice as outlined in 11.04 above.  In such cases the employee's shop Stewart shall be notified and a copy of the discharge notice shall, within twenty-four (24) hours, be mailed to the Local Union and the employee's last known address.

11.06   Relief Team Leaders and lead persons shall not have the authority to hire, fire, discipline, or recommend discipline. Nothing shall preclude persons from working in the classification, or with the tools of the trade.

## ARTICLE 12
## GRIEVANCE PROCEDURE

12.01   Grievances are differences between an employee or group of employees and their immediate team leader/supervisor arising out of the interpretation, application or alleged violation of any provision of this Agreement.  It is the intention of the parties to this Agreement that all grievances are to be promptly settled in an amiable manner with the following procedure:

12.02   Step 1.  The aggrieved employee or Union, and his/her Shop Steward shall discuss the matter within three (3) working days after the action giving cause to the grievance, with the team leader/supervisor directly involved.

12.03   Step 2.  If the matter is not satisfactorily settled in the first step, the grievance shall be reduced to writing by the employee.  The written grievance shall specify the date of the original complaint, the specific part of the Agreement alleged to have been violated, and the grievance must be presented to the team leader/supervisor within three (3) working days after the oral presentation of the alleged grievance. The team leader/supervisor will answer this grievance in writing within three (3) working days after receipt of same.

12.04   Step 3.  If this matter is not satisfactorily settled in Step 2, the matter will be discussed at the next scheduled Standing Committee meeting.  The Plant Manager will answer the grievance within seven (7) working days after this meeting.  In the event that the next scheduled Standing Committee meeting is canceled the Union President and Plant Manager will schedule a meeting to hear the matter.

12.05   Step 4.  If the matter is not satisfactorily settled in Step 3, the grievance will be referred to the Plant Manager within five (5) working days after receipt of written answer, a meeting will be held between the International Representative and a representative of the Local Union and Plant Manager, and if the Plant Manager so desires, a representative of the Corporate Personnel and Industrial Relations Department within thirty (30) days following the receipt of the grievance.  The Plant Manager will answer the grievance in writing within thirty (30) days after the meeting.

12.06   Unless written notification to proceed to the next step is received with ten (10) working days from the conclusion of this step, the grievance shall be considered to have been satisfactorily resolved.  Should either party fail to meet the time limits contained in this Article, the grievance shall be resolved in favor of the party meeting the time limits.  However, in no case shall this settlement be considered as a precedent.

12.07   Should written notification to proceed to arbitration as provided in Step 4 above be received, the grievance may be submitted to arbitration in accordance with the following procedure:

a.  The Union and the Company shall jointly submit a request to the Federal Mediation and Conciliation Service for a panel of seven (7) arbitrators. Each arbitrator on the panel produced by the Federal Mediation Conciliation Service must be a member of the National Academy of Arbitrators.

b.  The Union and the Company shall select a single arbitrator from this panel by alternately striking names from the list with the surviving arbitrator becoming the selection.  The representative for the aggrieved party shall strike the first name.

19

12.08   The decision of the arbitrator on the matters submitted to him/her shall be in writing and shall be final and binding on both parties.  The functions of the arbitrator shall be to interpret and apply or rule on the alleged violations of this Agreement.  He/she shall have no power to add to, to subtract from, or to modify any of the terms of this Agreement.

12.09   Either party may at any step of the Grievance Procedure bring into the meeting the grievant and management representative involved, in an attempt to resolve the grievance.

12.10   The Union shall have the right to conduct an investigation of the factors surrounding any grievance.  However, there shall be no suspension of work or interference with normal production during the conduction of any such investigation.

12.11   Union officials shall be required to advise the appropriate department supervisor of their intent to conduct any such investigation of an alleged grievance; but only when such investigation is conducted at the plant site or during working hours and said investigation will not interface with the operation of the department.

12.12   The periods above provided for the processing of grievances and for moving from one step to the Grievance Procedure to the next shall be maximum periods exclusive of Sundays, holidays and nonworking days and the parties agree to process the grievance more rapidly where practicable.  However, the periods in the steps for individual cases can be extended by mutual agreement between the parties.  The time periods in Step 4 shall be automatically extended in the event of the Plant Manager's absence or the International Representative of the Union absence.

12.13   All grievances must be processed in writing on the approved forms.

12.14   The expense of the arbitrator and the recording, if any, of the proceedings shall be borne equally by the Company and the Union.  Each shall bear its own expense of witnesses and all other costs related to presentation of its own case.

12.15   Any grievance to be recognized as such must be submitted within three (3) working days of the occurrence.  The parties agree that there may be instances where an employee may not have knowledge of the basis for a grievance within three (3) working days.  In such cases a grievance, in order to be timely, shall be submitted within sixty (60) calendar days after the action giving cause to the grievance.

12.16   In the event a dispute arises, the aggrieved employee shall continue to perform his/her assigned duties except in disciplinary suspension or discharge pending final disposition of his /her grievance.

12.17   All warnings, verbal or written, shall be made in the presence of a Union Stewart, or a member of the Standing Committee, or a member of the Executive Board.  Without a Union witness, all reprimands shall be void.

12.18   After a period of two hundred seventy (270) working days has passed without the employee receiving a further reprimand for any offense, the employee's record shall be considered clear and the reprimand destroyed.  Section 12.18 shall not apply to discipline for attendance infraction which shall be handled through the attendance policy.

## ARTICLE 13
## NO INTERRUPTION OF WORK

13.01   It is agreed there shall be no strikes, walkouts, slowdowns, lockouts or other interruption of work during the period of this Agreement

## ARTICLE 14
## STANDING COMMITTEE

14.01   The Company shall appoint a Standing Committee not to exceed three (3) members who shall represent the Company in all matters arising out of the interpretation or application of the provisions of this Agreement, with the exception of matters processed through the Grievance Procedure.

14.02   The Union shall select a Standing Committee, which shall not exceed two (2) members in addition to the President and Vice President, of the Local Union, for the purposes of representing them in all issues arising out of the interpretation or application of the provisions of this agreement.

14.03   Both the Plant Manager and an International Union Representative shall be privileged to attend the Standing Committee meetings.

14.04   Each Company Standing Committee and each Union Standing Committee shall have the authority to make the final decisions, consistent with the provisions of this Working Agreement, on all matters coming before them.  Either party may express the desire to take the matter before them under advisement before expressing a final answer.

14.05   If resolve on a particular issue cannot be reached in the Standing Committee, then the matter will be referred to Step 4 of the Grievance Procedure.

14.06 Minutes of each official Standing Committee meeting shall be recorded and signed by both parties to this Agreement.  Conclusions of mutually acceptable settlements shall be prepared as soon as possible and signed by appropriate parties.

## ARTICLE 15
## WORK WEEK, PAYCHECKS AND PAYROLL DEDUCTIONS

For purposes of computing the payroll, the workweek starts on Monday and ends the following Sunday.

All employees are paid weekly. Employees working Thursday swing shift and graveyard shift will be given their check by their team leader/supervisor after the beginning of their shift. Friday, day shift will be given their check by their team leader/supervisor.
The pay check you get every Friday pays for the work done during the week ending the preceding Sunday. If your normal payday falls on a holiday, you will be paid the day before the holiday whenever possible.

Upon request, the company will deduct union dues and initiation fee from your paycheck, as well as those items required by law.

21

Any discrepancies identified by an employee on their paycheck must be reported immediately to their supervisor/team leader. If the issue is not resolved to their satisfaction, employee can follow-up with Human Resources. If it is determined the employee is due additional money, it will be included in the following week payroll cycle.

**ARTICLE 16**
**SHIFT DIFFERENTIAL**

16.01   Shift differential in the amount of twenty-eight cents (.28) per hour for the second shift and thirty-nine cents (.39) per hour for the third shift shall be paid to all employees who are assigned to such shift.

**ARTICLE 17**
**CALL OUT PAY AND ALLOWANCE**
**FOR FAILURE TO PROVIDE WORK**

17.01   If an employee reports in for work as required, and is not put to work or is provided work for less than half the scheduled work day, then the employee will receive pay for half the scheduled work day, but in no event for less than two (2) hours or more than four (4) hours, at the employee's regular hourly rate of pay.

17.02 If an employee is required to report for work a second time in any one workday and is provided less than two hours of work on the second reporting, then the employee shall be paid for two (2) hours at the employee's regular hourly rate of pay.

17.03   The Company shall be under no obligations to pay reporting time pay to an employee who reports for work at his/her regularly scheduled time but for whom no work is provided when:
   a.   Operations cannot commence or continue due to threats to employees or property; or when recommended by civil authorities; or
   b.   Public utilities fail to supply electricity, water, or gas, or there is a failure in the public utilities, or sewer system; or
   c.   The interruption of work is caused by an Act of God or other cause not within the employer's control.

17.04   Employees called in for emergency work after they have left for the day and who return to the plant before their scheduled reporting time for work shall be allowed call time of four (4) hours straight time in addition to the pay earned for the work performed.  However, this provision shall not apply when notified twelve (12) hours in advance to report four (4) hours, or less, prior to regular starting time.  This does not apply to employees who are called in within one (1) hour of their regular reporting time, as these employees shall receive time and one-half for their extra time and shall work through their regular day schedule, it being understood that time and one-half shall not be paid for any hours worked as part of a regularly scheduled shift.  Nor does it apply to employees who are required to work beyond their normal work day, where employees exercise the personal option of going home to supper and then returning to finish the job.

17.05 Employees called in to do a certain job at a time other than their scheduled reporting time will be free to leave upon completion of that job, except that employees who are already in the plant shall be required to do any other emergency work which has arisen since they were called.

# ARTICLE 18
## MAINTENANCE DEPT. - QUALIFICATIONS, ENTRY & TRAINING

18.01   Entry into the Maintenance Department will be either by posting or by hiring from outside. The Company and the Union will determine the qualifications necessary to enter the Maintenance group and will base selections on the criteria. An internal employee must pass an Aptitude Test to determine entry in to the department. The job classification of Boiler Tender is also required to pass a mechanical aptitude test. Tests will be given during the employee's work schedule and without any loss of pay to the employee.

18.02   Employees who fail to make a passing grade on their initial Mechanical Aptitude Test will be given another opportunity to take a similar test after twelve (12) months' elapsed time.  The retest will be given on the employee's own time. Employees' who fail to make a passing grade on their initial Mechanical Aptitude test and are retaking the exam in response to a posted bid, may do so during the employee's work schedule, provided that the company will not pay an employee to take the Mechanical Aptitude test more than once in a 12 month period.

18.03   Requirements and steps needed to be considered for an open position in maintenance:

   a.   Pass test(s)
   b.   Turn in a resume and all credentials
   c.   Interview of the acceptable applicants will be conducted by management, at least two (2) craftsperson trade employees recommend by the local Union president, and the current Local Union President or his/her designate.
   d.   Positions(s) awarded pending final approval by the Company.

18.04   Employees in the Maintenance Apprentice Program must advance through the 3 training grades or be disqualified. The time spent in each training grade will be as outlined below:

> Training Grade 1 - Third Year (up to 2000 work hours)
> Training Grade 2 - Second Year (up to 2000 work hours)
> Training Grade 3 - First Year (up to 2000 work hours)

1. An employee with obvious maintenance skills may be advanced at a faster rate. Advancement through the training grades will be based on employee's demonstrated maintenance skills, job performance, written and field tests. Examinations will be administered at the end of each year period to determine adequate skills for promotion. It is also agreed and understood that a person who fails to pass the test after the period of one (1) year will be given an additional period of time not in excess of six (6) months during which time a second test will be given; and if he/she fails to pass the test, he/she will be disqualified and subject to language in 8.06. Interim progress tests may also be given to assess trade knowledge. Results of such interim progress tests shall not be used to retard or advance the mechanic's promotion from one classification to another. Records of the results of these reviews will be maintained and will be discussed with each employee at six month intervals. Whenever such a discussion with a mechanic has been completed, the Company will notify him/her in writing, with a copy to the Local Union. If the employee

23

so desires, he/she may have his/her Union representative present at the time his/her progress report is discussed with him/her.

2.  The Company and the Union will work jointly to develop a training program to set standards:
       a. On the job training
       b. Trade school courses
       c. Development of exams at each level
       d. Performance reviews at six (6) months

3.  An employee in training may take, or may be required to take, formal trade school courses applicable to the plant maintenance work. Such courses must be approved by management prior to enrollment. The Company will pay for tuition, books and supplies, but not for time spent at such course.  In order for the Company to reimburse formal trade school expenses, the employee must provide documentation that they passed with a grade of C or better.

4.  A Craftsperson journeyman mechanic or maintenance employee is one who is a finished mechanic and has the necessary tools required by the trade. In general, he/she is a person who could qualify as a journeyman worker in his/her trade in any industrial or job shop. He/she must be able to execute the necessary work without direct supervision from his/her team leader/supervisor. For instance, a journeyman Mechanic craftsperson must be able to take a working drawing or blueprint of a layout; go out on the job; take the necessary measurements, requisition, and cut and install the pipe without more than the general normal supervision or direction of a team leader/supervisor.

5.  In the event that a cutback in the Maintenance Department becomes necessary, the employee with the least amount of craft seniority in the craft affected will be transferred out of the department. The individual so removed may then exercise his/ her plant seniority to displace the employee with the least amount of plant seniority. When expansion of the craft is necessary the principal of "last out, first back" will prevail.

18.05   The Boiler Tender trainee will achieve full Boiler Tender rate after (6) months if training is complete; including start-up and shut down of the boiler.  If training is achieved after six (6) months, full pay will be retroactive to six (6) months. If the trainee fails to complete the requirement of Boiler Tender he/she will return to where his/her seniority would place him/her provided he/she is qualified to perform the job.

18.06   A maintenance apprentice employee from within the bargaining unit will be tested at 5 months to determine their level of proficiency prior to the 6 calendar  months, at which time they will lose their seniority as per article 8.06 and be placed in the packer classification at the lowest position.

## ARTICLE 19
## MANAGEMENT RIGHTS

19.01   The Company shall have all authority customarily exercised by management in the direction of the working force and the operation of the business such as, by way of illustration, the authority to determine the type and scope of operations to be performed and the products to be manufactured, to establish schedules of production and operation, and to decide the methods, processes, means and places of manufacturing, the authority to select, hire, direct, adjust, transfer, increase and decrease the work forces, to promote, demote, and for just cause, discharge, suspend and remove employees, to establish and

enforce reasonable rules and policies, and to maintain discipline among and efficiency of employees, except as may be herein specifically limited by this Agreement.

Note:  If the Company establishes new, or modifies current, reasonable rules and policies under this section, the Company will provide the Union with 30 days' notice prior to implementing such changes. Disputes arising under this Note shall be subject to the Grievance Procedure.

19.02 Nothing contained in this Article shall be applicable if inconsistent with any of the other terms of this Agreement.  The Company shall not exercise any of its management prerogatives for the purpose of discriminating against any employee.  Disputes arising under this section shall be subject to the Grievance Procedure as set forth in Article 12.


## ARTICLE 20
## SAFETY

20.01  The Company will make rules, regulations, operating policies and procedures in accordance with applicable federal, state, local regulations or to comply with Company standards for the health and safety of its employees.  Such health and safety rules, regulations, operating policies and procedures shall be strictly adhered to, including the wearing or use of personal protective equipment, wearing apparel and other health and safety equipment required by the Company.

The party's agree to the establishment of a Plant Safety Committee made up of both salary and hourly employees. The Committee will consist of two (2) salary "standing members" and three (3) hourly "members."  The Company safety representative will act as the facilitator for the Plant Safety Committee. The Company will determine the number of committee participants.

> Note 1:  The hourly representatives will be selected by the Union and will serve a term designated by the Union, but not to exceed 18 months.

> Note 2:  The goal of the Plant Safety Committee will be to improve the Plant's overall safety performance through improved safety awareness and training, and through improved involvement of all employees in the program. The programs will focus on the prevention of all injuries, the response to any and all emergencies, and the compliance with all OSHA and Company regulations.

> Note 3:  The Plant Safety Committee will not have the power to make changes that would change employee working conditions, as would normally require approval by the Company.

> Note 4: The International Union's health and safety staff may be used upon the mutual agreement of the Company and the Union for the purpose of investigating, assisting, and making recommendations of a specific safety problem

Employees on the safety committee are expected to work their normal shift(s).  Time spent in a safety committee meeting will be paid at the employee's applicable hourly rate, and such time, if paid at straight time, shall be counted as time worked for the purpose of computing daily and weekly overtime.

20.02   The parties agree that any employee who is required to operate a lift truck and/or scissor lift (electric pallet jack operators are excluded), as part of assigned job duties and requires certification or recertification to operate powered industrial trucks will be subject to the following:

1.      Hearing screening
2.      Vision screening
3.      Drug screening by use of a urine test.

Employees operating lift trucks as part of assigned job duties will be required to submit to the referenced screenings upon certification and each subsequent recertification which generally will occur approximately every 36 months.


# ARTICLE 21
# INSURANCE


21.01   The Group Insurance Program for bargaining unit employees at the Pactiv Red Bluff plant is a separate document and shall remain in effect during the term of this Labor Agreement.   Employees will be required to contribute the following premium cost share for the given medical plan:

Effective 1/1/2017:
- HRA Plan – 22% cost share, assuming wellness credits are earned
- Comp PPO Plan – 24% cost share

Effective 1/1/2018:
- HRA Plan – 23% cost share, assuming wellness credits are earned
- Comp PPO Plan – 25% cost share

Effective 1/1/2019:
- HRA Plan – 23% cost share, assuming wellness credits are earned
- Comp PPO Plan – 25% cost share

Effective 1/1/2020:
- HRA Plan – 23% cost share, assuming wellness credits are earned
- Comp PPO Plan – 25% cost share

These costs will be adjusted by the Company each January to reflect the increase or decrease in the premium costs. Such deductions shall be made on a pretax basis, as long as it is allowed by law.

> Note:   The coverage agreed to by the parties may be provided under one or a combination of the following as determined by the Company:   (1) a self-insured arrangement maintained by the Company, or (2) a contract with one or more insurance carriers, PPOs, or other health care provider system, network or alliance.   The selection of a specific PPO, insurance carrier, network or alliance will be at the Company's option and may be changed by the Company during the term of the Labor Agreement.   If the Company changes carriers or programs, it must provide a benefit that is substantially similar to current benefits provided to the employees. The Union will be notified of any planned changes prior to the Company's annual enrollment.

21.02   All eligible employees and their eligible dependents will be covered by the Current Dental Plan or a Comprehensive dental plan.   The provisions of said plan are set forth in a separate booklet.

21.03   Benefits

The Company standard medical plan will be offered as the base plan. Additional medical plans may be offered on an annual basis. A spousal surcharge fee will be assessed if an employee's spouse is eligible for medical coverage from another employer, but chooses to be covered under Pactiv's medical plan. The spousal surcharge fee may be adjusted by the Company each plan year. The Union will be notified of any planned changes prior to the Company's annual enrollment.

At the request of the Union, the Company will agree to meet annually to discuss any other Health Care plan options that may be presented by the Union. The decision to add an additional carrier to the health care options will be made by mutual agreement.

21.04 All eligible employees and their eligible dependents will be covered by a vision plan, and employees will be responsible for 100% of the cost of the premium for the vision plan.  Provisions of said plan are set forth in a separate booklet.

21.05  Retiree Life Insurance and Medical Insurance is eliminated for employees hired after June 18, 1990.

21.06 The Company will provide a long term disability benefit as outlined below.  Plan provisions (such as pre-existing conditions, deductible income, maximum benefit period, etc.) and claim approvals are determined by the carrier. LTD is a fully insured plan and the carrier maintains the liability for this coverage.

Eligibility: All active, Full-time hourly Employees working a minimum of 30 hours per week.
Eligibility Waiting Period: Same as other benefits- Day after 60 working days
Elimination Period: 180 days (also known as a waiting period)
Gross Disability Benefit: 50% of your monthly covered earnings*
Minimum Disability Benefit: $100 per month
Maximum Disability Benefit: $13,000 per month

*If Disability Benefits are payable to you under this policy, you may be eligible for benefits from Other Income Benefits. If so, the carrier may reduce the Disability Benefits by the amount of such Other Income Benefits.

21.07 The parties agree to negotiate in good faith and by mutual agreement will make modifications to the Company medical plan as necessary to avoid triggering the excise tax on Cadillac plans.

## ARTICLE 22
## PENSION PLAN

Pactiv will be permitted to withdraw from the PIUMPF Defined Benefit Plan as of December 31, 2013 and Pactiv's obligation to make contributions on behalf of Pactiv employees to PIUMPF will cease, excluding Pactiv's withdrawal liability.

## ARTICLE 23
## 401(K) PLAN

23.01   Pactiv Corporation will establish a 401(k) Plan for the Red Bluff, California, Specialty Packaging Plant.

23.02   An employee shall be eligible to participate in this Plan the first (1st) month following one (1) continuous year of service.

23.03   Employee contributions shall be on a pre-tax basis of one (1%) percent to sixteen (16%) percent of their total earnings, invested by the employee into various options, with various restrictions applying. Any full-time employee working at Pactiv on or before November 15, 2013, will be eligible to receive one hundred percent (100%) employer matching contribution from Pactiv of up five percent (5%), effective 1/1/2014. The five percent (5%) employer match will be available to these employees each year.

Full-time employees working at Pactiv on or before November 15, 2013, will receive a two percent (2%) Employer Retirement Income Contribution (ERIC) based on eligible earning effective 1/1/2014. The two percent (2%) ERIC will be paid to these employees each year. To be eligible to receive the ERIC an employee must be actively employed by Pactiv on December 31st of the year that the ERIC is earned.

Any full-time employee hired by Pactiv after November 15, 2013, will be eligible to receive a one hundred percent (100%) employer matching contribution from Pactiv of up to two percent (2%), effective 1/1/2014. These employees are not eligible to receive the Employer Retirement Income Contribution (ERIC) detailed above.

23.04   There shall be daily valuations and fund transfers, weekly payouts, and on-demand statements.

23.05 Loans will be allowed within the parameters defined in the plan and rollovers shall be permitted. There shall be no hardship withdrawals, however, voluntary withdrawal shall be available at age fifty-nine and one-half (59-1/2).

23.06   Company contributions will vest in accordance with the Plan vesting schedule at a vesting rate of twenty percent (20%) each year, and will be one-hundred (100%) vested after five (5) years.


## ARTICLE 24
## JURY DUTY

24.01   An employee who has been notified to appear for jury duty will, as soon as practical, inform his/her supervisor of the date and hour he/she to appear.  If such notice is rescinded before he/she appears, he/she will immediately notify his/her supervisor and will report for work on his/her regular job as scheduled or directed.

24.02   An employee who serves on a jury on any of the days on which he/she would otherwise have been scheduled to work shall be paid the difference between his/her pay for jury duty and his/her hourly base rate for not more than eight (8) hours of each day he/she is required to serve on presentation of proof of jury service and the amount of his/her jury pay.

24.03   In the event the employee works on any of the days on which he/she serves on the jury, the number of hours worked shall be deducted from the eight (8) hours for which wage payment is hereto provided,

and he/she shall then be paid the difference between his/her pay for jury duty and his/her hourly base rate for the remaining hours.

24.04   An employee called for jury duty who is scheduled to work the 11:00 P.M. to 7:00 A.M. shift may request permission to be absent from the shift or shifts immediately prior to the day or days of jury duty. Such employee will be paid only on the basis outlined in 21.02 and 25.03 above.

The employee who elects to be absent the shift immediately prior to being on jury duty and who is notified of cancellation prior to 4:00 P.M. the day before jury duty is to commence must report to work at 11:00 P.M. that night.  If cancellation is received after 4:00 P.M., that employee will be paid on the basis outlined in 24.02 and 24.03 above with verification of time and cancellation is provided.


## ARTICLE 25
## FUNERAL LEAVE

25.01   When death occurs to a member of an employee's immediate family, the employee will be granted a three-consecutive-day funeral leave absence to attend the funeral and will be compensated at his/her regular hourly rate for hours he/she would have worked had he/she not been on such funeral leave of absence.

25.02   Members of an employee's immediate family shall be limited to the employee's spouse, mother, father, brothers, sister, sons, daughters, stepchildren, mother-in-law, father-in-law, brother-in-law, sister-in-law, stepfather, stepmother, grandparents, spouse's grandparents and grandchildren.


## ARTICLE 26
## NON BARGAINING UNIT

26.01   Non bargaining unit personnel, including supervisory or management employees, and team leader/supervisor will not perform work which is normally assigned to employees within the bargaining unit unless;

1. To assist or instruct an employee who does not have sufficient training, experience, or skill to maintain continuity of operation
2. In relation to research and experimental activities
3. In problem solving situations
4. In emergency situations


## ARTICLE 27
## NON DISCRIMINATION

27.01   The Company and the Union agree that there shall be no discrimination against any employee or applicant for employment by reason of race, creed, color, sex, sexual orientation, national origin, religion, veteran status, disability or age.  Notwithstanding any other provision of the Agreement, the Company may take any action it deems necessary to comply with the Americans with Disabilities Act.  Such actions

shall not be used as evidence or precedent or past practice in any subsequent situation.  The Company shall not displace senior employees out to jobs that they currently hold in order to accommodate employees or applicants under the Americans with Disabilities Act.

# ARTICLE 28
## MISCELLANEOUS

28.01   The Company agrees that at times it may be desirable for an International Representative of the International Union and a Local Union officer to enter the plant for the purpose of observing working conditions or assisting in the adjustment of grievances.  When the Union desires to have such representative enter the plant, it will request such permission from the appropriate Company official.  The Company reserves the right to require that such Union representative be accompanied by a Company representative during his/her stay in the plant.

28.02   Protective clothing and equipment shall be provided where the Company requires same.

28.03   Any employee who is discharged by the Company shall be advised in writing, within twenty-four (24) hours, as to the reason, or reasons, for any such action.  Any such notice of discharge shall be presented to the employee in the presence of his/her Shop Steward, with a copy of the notice going to the Union.

28.04   It is recognized that there may be cases where it will be impractical to have the employee physically present for the presentation of a discharge notice as outlined in 28.03 above.  In such cases the employee's shop steward shall be notified and a copy of the discharge notice shall, within twenty-four (24) hours, be mailed to the Local Union and employee's last known address.

28.05   Relief Team Leaders and lead persons shall not have the authority to hire, fire, discipline, or recommend discipline.  Nothing shall preclude lead persons from working in the classification, or with the tools of the trade.

28.06   The Company may schedule up to two (2) meetings per month for each employee to attend either before or after shift.  There is no limit to meetings during an employee's shift, and all such meetings are deemed mandatory. If a meeting is scheduled before or after an employees scheduled shift, the Company will provide at least 7 days' notice to the employees if a meeting is intended to be mandatory. All Company informational and training meetings shall be paid at the employee's appropriate rate of pay.

28.07   Any employee subpoenaed to court as a witness shall not be charged for an absence under any Company attendance policy.

## ARTICLE 29
## ENTIRE AGREEMENT

29.01   During negotiations preceding this Agreement, each party had full opportunity to bargain on all lawful subjects.  This Agreement, as written, expresses the entire contract between the parties and, during the life of this Agreement or any extension thereof, neither party shall have the right to require the other to enter into any negotiations or to entertain any demand on any subject, whether or not expressly referred to in this Agreement.  This Agreement may be amended only by mutual agreement of all parties that is manifested in a written agreement signed by the parties, in duplicate.

## ARTICLE 30
## TERM OF AGREEMENT

30.01   This Agreement shall be in full force and effect up to and including the 30th day of September, 2020, and shall be renewed for the following year and from year to year thereafter unless either party shall give written notice to the other at least sixty (60) days prior to the 30th of September of its desire to change, modify or terminate this Agreement.  In case notice of a desire to change or notify this Agreement shall be given as provided herein, the requesting party in its written notice will specify in which parts it seeks modification or change.

30.02   Pending negotiations for change or modification, this Agreement and all its terms, together with any modifications or addenda made after the signing of this Agreement, shall continue in full force and effect until the expiration of ten (10) days after a written notice of termination shall be served by either party upon the other, following such September 30th

## ARTICLE 31
## CONTRAVENTION OF LAW

31.01   All provisions of this Labor Agreement shall be subject to the laws of the United States of America and the State of California.  Should any part or any provision of this Labor Agreement be rendered or declared invalid by reason of existing or subsequently enacted legislation, or by a decree of a court of competent jurisdiction, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof and they shall remain in full force and effect.

**WAGE SCHEDULE-EXHIBIT "A"**
**Job Classifications, Pay Grades and Rates of Pay**

The following hourly wage rates shall be in effect during the term of this Agreement.

| Pay Grades | 10/1/2016 | 10/1/2017 | 10/1/2018 | 10/1/2019 |
|---|---|---|---|---|
| Relief Team Leader | $22.16 | $22.61 | $23.06 | $23.52 |
| Adjuster | $20.34 | $20.75 | $21.16 | $21.58 |
| Mold Changer | $19.60 | $20.00 | $20.40 | $20.80 |
| Operator | $19.46 | $19.85 | $20.25 | $20.65 |
| Stocktender | $19.27 | $19.65 | $20.05 | $20.45 |
| Mold Cleaner | $18.76 | $19.13 | $19.52 | $19.91 |
| Packer | $18.31 | $18.68 | $19.05 | $19.43 |
| Off Line Packer | $18.31 | $18.68 | $19.05 | $19.43 |
| | | | | |
| Lab Tester | $19.56 | $19.95 | $20.35 | $20.76 |
| Lift Truck Operators | $19.68 | $20.07 | $20.47 | $20.88 |
| | | | | |
| **Maintenance:** | | | | |
| Lead person | $27.18 | $27.73 | $28.28 | $28.85 |
| Craftsperson | $26.44 | $26.97 | $27.51 | $28.06 |
| Training Grade 1 | $21.74 | $22.17 | $22.61 | $23.07 |
| Training Grade 2 | $21.14 | $21.57 | $22.00 | $22.44 |
| Training Grade 3 | $19.84 | $20.24 | $20.64 | $21.05 |
| Boiler Tender | $19.91 | $20.31 | $20.71 | $21.13 |
| General Utility | $18.31 | $18.68 | $19.05 | $19.43 |

## NEW EMPLOYEE TRAINING AND WAGE SCHEDULE

A.      New employees will be hired at two dollars ($2.00) below the job rate for the first sixty (60) cumulative working days of employment; $1.75 less for the next sixty (60) cumulative working days; $1.50 less for the following sixty (60) cumulative working days; and $1.25 less for the next sixty (60) working days.  After two hundred forty (240) working days the employee will receive the full rate of pay listed in Exhibit "A".

B.      New employees that have entered the workplace and subsequently bid into a higher rated position before the end of the schedule in "A", will receive the rate of the position they bid into when they are qualified to perform the work or at the end of the sixty (60) qualification period, whichever is sooner.

C.      If an employee is severed prior to accumulation of two hundred forty (240) working days and rehired within one (1) year of the terminations, they will reenter the above progression at the same increment as the time of termination.  If an employee has been terminated for more than one (1) year, they shall start the aforementioned program over.

**EXHIBIT "B"**
**Departments and Classifications**

<u>DUPLEX</u>

Adjuster
Mold Changer
Machine Operator
Stocktender
Mold Cleaner

Packer

<u>LABORATORY</u>

Tester

<u>WAREHOUSE</u>

Lift Truck Operator

<u>MAINTENANCE</u>

Leadman
Craftperson
Training Grade 1 (12 Months)
Training Grade 2 (12 Months)
Training Grade 3 (12 Months)

***<u>CRAFTS</u>***
Electrical
Mechanical
Boiler Tender
General Utility

### _Temporary Employees:_

Temporary employees may be used for the relief of hourly employees for vacation relief purposes, medical leaves of absence or any other vacancy approved by management as per Article 3.10. The Company may utilize temporary employees only in the Packer and Mold Cleaner classifications. The Company will be limited to twelve (12) temporary employees at any one time and no more than four (4) per shift. Temporary employees shall not be scheduled to work overtime unless there are no bargaining unit employees available and willing to work. However, temporary employees will be used on overtime if they have been scheduled on the 6-day work week.

The Company will determine temporary employee rates. Temporary employees that are subsequently hired as permanent employees will have their seniority date started at such time as they are hired permanently. Temporary employees will not be utilized if there are qualified, available employees laid off**.**

**EXHIBIT "C"**
**CHECKOFF AUTHORIZATION**

I authorize and request Pactiv Corporation, Red Bluff, California, to deduct from my pay:

      a.      The regular Union initiation fee when requested by the Union to do so, upon completion of my probationary period, and

      b.      The regular monthly dues during the life of the current collective bargaining Agreement; and to forward these amounts to the United Steelworkers, P.O. Box 644485, Pittsburgh, PA 15264-4485.

This assignment shall be irrevocable for a period of one (1) year from the effective date of the current collective bargaining Agreement, or until the termination date of said Agreement, whichever occurs sooner, and shall be automatically renewed and irrevocable thereafter from year to year or for the period of each successive Agreement, whichever shall be shorter, subject each year to revocation by me during the fourteen (14) calendar day period immediate preceding the expiration of each one year period, or of each applicable collective bargaining Agreement, whichever occurs sooner.

Signed Employee     _____

No.     _____

Address     _____

Date     _____

Attested to:   _____
              Union Financial Officer

37

## EXHIBIT "D"
## LIFE INSURANCE

The following is a Memorandum of Understanding between the Company and Union regarding eligibility and amounts for active and retiree life insurance.

The Company will provide basic life insurance at no cost to eligible employees as follows:

- For employees hired or rehired on or before 6/18/1990 and retired prior to August 17, 2007 -- basic life is determined by verifying the eligible employee's highest annual pay over the course of their employment and applying the highest pay to the life insurance chart as shown on Appendix 1. "Highest annual pay" is determined by the employee's available payroll records with Red Bluff Human Resources or employee's verifiable W-2 earnings.

- For employees hired or rehired on or before 6/18/1990 and still actively employed as of August 17, 2007 -- basic life insurance is determined by verifying the eligible employee's highest annual pay of the three (3) preceding calendar years and applying the highest annual pay to the life insurance chart (Appendix 1). "Highest annual pay" is defined as an employee's regular pay, overtime pay, shift differential, vacation, funeral leave, jury duty, and bonus pay for each calendar year. Highest annual pay will be determined at the end of each calendar year; and the life insurance benefit will remain in place for the following year, provided the employee continues to meet the eligibility requirement for the benefit.

- For employees hired or rehired on or after 6/19/1990 -- $30,600.

Retiree life insurance eligibility is as follows:

- Hired on or before June 18, 1990 and eligible for an immediately-payable pension benefit (due to early retirement, normal retirement, or disability retirement) at termination of employment.

Retiree life insurance is equal to:

- 50% of the pre-retirement basic life insurance in force immediately prior to the retirement date; reduced to
- 40% of the pre-retirement basic life insurance effective the first of the month following the 1st retirement anniversary date; reduced to
- 30% of the pre-retirement basic life insurance effective the first of the month following the 2nd retirement anniversary date; reduced to
- 20% of the pre-retirement basic life insurance effective the first of the month following the 3rd retirement anniversary date; or
- $2,000, whichever is greater.

## Red Bluff Active Basic Life Insurance
### Effective June 18, 1990

Effective June 1, 1998, basic life insurance increased by $100 each calendar year from 1998 through 2003 as shown below.

- **Employees hired or rehired on or before June 18, 1990**

| Annual Pay | Life Ins as of 6/18/1990 | 6/1/1998 – 5/31/1999 | 6/1/1999 – 5/31/2000 | 6/1/2000 – 5/31/2001 | 6/1/2001 – 5/31/2002 | 6/1/2002 – 5/31/2003 | 6/1/2003 - Present |
|---|---|---|---|---|---|---|---|
| Under $2,000 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 |
| $2,000 but less than $2,500 | $2,500 | $2,600 | $2,700 | $2,800 | $2,900 | $3,000 | $3,100 |
| $2,500 but less than $3,000 | $3,000 | $3,100 | $3,200 | $3,300 | $3,400 | $3,500 | $3,600 |
| $3,000 but less than $3,500 | $3,500 | $3,600 | $3,700 | $3,800 | $3,900 | $4,000 | $4,100 |
| $3,500 but less than $4,000 | $4,000 | $4,100 | $4,200 | $4,300 | $4,400 | $4,500 | $4,600 |
| $4,000 but less than $4,500 | $4,500 | $4,600 | $4,700 | $4,800 | $4,900 | $5,000 | $5,100 |
| $4,500 but less than $5,000 | $5,000 | $5,100 | $5,200 | $5,300 | $5,400 | $5,500 | $5,600 |
| $5,000 but less than $6,000 | $6,000 | $6,100 | $6,200 | $6,300 | $6,400 | $6,500 | $6,600 |
| $6,000 but less than $7,000 | $7,000 | $7,100 | $7,200 | $7,300 | $7,400 | $7,500 | $7,600 |
| $7,000 but less than $8,000 | $8,000 | $8,100 | $8,200 | $8,300 | $8,400 | $8,500 | $8,600 |
| $8,000 but less than $9,000 | $9,000 | $9,100 | $9,200 | $9,300 | $9,400 | $9,500 | $9,600 |
| $9,000 but less than $10,000 | $10,000 | $10,100 | $10,200 | $10,300 | $10,400 | $10,500 | $10,600 |
| $10,000 but less than $12,000 | $12,000 | $12,100 | $12,200 | $12,300 | $12,400 | $12,500 | $12,600 |
| $12,000 but less than $15,000 | $15,000 | $15,100 | $15,200 | $15,300 | $15,400 | $15,500 | $15,600 |
| $15,000 but less than $20,000 | $20,000 | $20,100 | $20,200 | $20,300 | $20,400 | $20,500 | $20,600 |
| $20,000 but less than $25,000 | $25,000 | $25,100 | $25,200 | $25,300 | $25,400 | $25,500 | $25,600 |
| $25,000 but less than $30,000 | $30,000 | $30,100 | $30,200 | $30,300 | $30,400 | $30,500 | $30,600 |
| $30,000 but less than $40,000 | $40,000 | $40,100 | $40,200 | $40,300 | $40,400 | $40,500 | $40,600 |
| $40,000 but less than $50,000 | $50,000 | $50,100 | $50,200 | $50,300 | $50,400 | $50,500 | $50,600 |
| $50,000 but less than $60,000 | $60,000 | $60,100 | $60,200 | $60,300 | $60,400 | $60,500 | $60,600 |
| $60,000 but less than $80,000 | $80,000 | $80,100 | $80,200 | $80,300 | $80,400 | $80,500 | $80,600 |
| $80,000 or more | $100,000 | $100,100 | $100,200 | $100,300 | $100,400 | $100,500 | $100,600 |

- **Employees hired or rehired after June 19, 1990**

| Annual Pay | Life Ins as of 6/19/1990 | 6/1/1998 – 5/31/1999 | 6/1/1999 – 5/31/2000 | 6/1/2000 – 5/31/2001 | 6/1/2001 – 5/31/2002 | 6/1/2002 – 5/31/2003 | 6/1/2003 - Present |
|---|---|---|---|---|---|---|---|
| Not applicable | $30,000 | $30,100 | $30,200 | $30,300 | $30,400 | $30,500 | $30,600 |

EXHIBIT "E"

PACTIV CALIFORNIA PAID SICK LEAVE POLICY
FOR UNION REPRESENTED EMPLOYEES IN RED BLUFF, CALIFORNIA
ISSUED AND EFFECTIVE JULY 1, 2015

ELIGIBILITY – JULY 1, 2015

Beginning on or after July 1, 2015, all union represented employees at the Company facility in Red Bluff, California who work in California for 30 or more days within a year are entitled to California Paid Sick Leave ("CPSL") under this policy (the "CPSL Policy").

ANNUAL CPSL AND PAY RATE

*Grant July 1, 2015 – Current Employees:* On July 1, 2015, all California employees covered under this policy will receive a grant of three days of CPSL for the remainder of 2015. Employees who have been employed by the Company for at least 90 days can begin to use their CPSL immediately. Those employees who have not yet been employed for 90 days can begin to use their CPSL on their 90th day of employment with the Company.

*New Hires:* After July 1, 2015, all newly hired California employees covered by this policy will receive a grant of three days of CPSL on their start date that can be used beginning on the 90th day of employment.

*Annual Grant:* In January of each year, California employees covered under this policy will receive an annual grant of three days of CPSL.

RATE OF PAY

For 2015, CPSL will be paid at their regular hourly rate of pay of the employee at the time of absence.

For 2016 and subsequent calendar years, CPSL will be paid at the rate of the employee at the time of absence established under 5.01 of the collective bargaining agreement dated November 15, 2013 (the "CBA") between the Company and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union on behalf of Local Union No. 1876 (the "Union").

NO CARRYOVER

Because the Company grants employees a full three days of CPSL each calendar year, CPSL does not carry over from year to year.

REASONS FOR USE

*Illness, Doctor's Visits:*

CPSL may be used for diagnosis, care or treatment of an existing health condition, or preventative care for an employee or their covered family member.

40

*Victims of Domestic Violence, Sexual Assault or Stalking:*

Employees who are victims of domestic violence, sexual assault or stalking may use CPSL to seek judicial assistance, medical attention for injuries, services from a domestic violence shelter, program or rape crisis center, psychological counseling, or to participate in safety planning and take other actions to increase safety from future domestic violence, sexual assault, or stalking, including temporary or permanent relocation.

*Covered Family Member:*

For purposes of CPSL, covered family members are children, parents, spouses, registered domestic partners, grandparents, grandchildren, and siblings.

NOTICE OF USE

If the need to use CPSL is foreseeable, employees must provide reasonable advance notice. If the need to use CPSL is unforeseeable, then employees must provide notice as soon as practicable. Employees may use CPSL in increments as small as two (2) hours for any covered reason.

UNUSED CPSL HOURS

For 2015, the Company will have no obligation to pay the employee for any unused CPSL hours granted in the current calendar year.

For 2016 and subsequent calendar years:

A.  If the employee had at least 1 year of service or worked at least 1500 hours with the Company as of the end of the immediately prior calendar year, the Company will pay the employee for any unused CPSL hours granted in the current calendar year. This payment will be made to the employee within 31 days of the end of the current calendar year.

B.  If the employee did not have at least 1 year of service nor worked at least 1500 hours with the Company as of the end of the immediately prior calendar year, the Company will have no obligation to pay the employee for any unused CPSL hours granted in the current calendar year.

EMPLOYMENT SEPARATION

Unused CPSL will not be cashed out upon separation from employment with the Company.

NO RETALIATION/DISCRIMINATION

Employees may request and use CPSL under this policy without fear of retaliation or discrimination, which Company policy prohibits.

ADDITIONAL MODIFICATIONS TO COLLECTIVE BARGAINING AGREEMENT

41

The Company and the Union have agreed on the following modifications to the CBA in connection with the adoption and approval of this CPSL Policy and to ensure compliance with the California Healthy Workplaces/Healthy Families Act of 2014 (the "CPSL Act"). In the event of any conflict, inconsistency or ambiguity between the CBA and this CPSL Policy, this CPSL Policy will govern, supersede and control in all respects. All of the modifications to the CBA listed below will be effective from and after July 1, 2015.

*Article 4 – Attendance and Punctuality is amended as follows:*

1. No attendance points will be assessed for periods that an employee is excused from working by application of CPSL hours in accordance with the CPSL Policy and CPSL Act.

2. No attendance points will be assessed for periods that an employee is excused from working by employer as a reasonable accommodation for a disability under, and within the meaning of, the Americans with Disabilities Act (ADA) and/or California's Fair Employment and Housing Act (FEHA).

3. No attendance points will be assessed for any other absences protected under applicable federal, state or local law.

*Article 5 – The Vacation Accrual Schedule in Section 5.01 is amended and restated as follows for 2016 and subsequent calendar years:*

| VACATION ACCRUAL FOR 2016 AND SUBSEQUENT CALENDAR YEARS | |
| --- | --- |
| YEARS OF SERVICE AND HOURS WORKED IN PRIOR CALENDAR YEAR | DAYS OF VACATION |
| At least 1 year but less than 3 years of service and worked at least 1040 hours | 2 |
| At least 3 years but less than 8 years of service and worked 880 hours | 7 |
| At least 8 years but less than 15 years of service and worked 520 hours | 12 |
| At least 15 years but less than 20 years of service and worked 520 hours | 17 |
| At least 20 years but less than 30 years of service and worked 520 hours | 22 |
| At least 30 years of service and worked 520 hours | 27 |

*Section 9.02 of Article 9 – Holidays is amended and restated as follows:*

9.02    An employee to be eligible for pay on any of the above-noted holidays when not worked must have been:

a) On the Company's payroll ninety (90) calendar days prior to the holidays, provided the probationary period has been completed, and

42

b) Must have worked his/her last schedule shift prior to the holiday and first scheduled shift following the holiday unless off due to bona fide sickness or other bona fide compelling reason beyond the control of the employee or when the employee is on an authorized paid vacation or when the employee is excused from working by application of CPSL hours in accordance with the CPSL Policy and CPSL Act.  Employees on disciplinary layoff do not qualify for holiday pay for the holidays occurring during said layoff.

c) An employee absent from work due to an unpaid leave of absence will not qualify for holiday pay. Employees off work because of layoff, medical leave, or due to an industrial accident recognized by the California Industrial Accident Commission shall be entitled to holiday pay for those holidays occurring within ninety (90) calendar days following the commencement of the layoff, medical leave or such reported industrial injury.

*Section 9.04 of Article 9 – Holidays is amended and restated as follows:*

9.04 If an employee is previously scheduled to work on any of the above holidays and fails to report without good cause, he/she shall not receive holiday pay. An employee will be considered absent from work for "good cause" for any CPSL hours applied in accordance with CPSL Policy and CPSL Act.

## ADDITIONAL MODIFICATIONS NEEDED TO COMPLY WITH CPSL ACT

The Company and the Union intend for this CPSL Policy and the CBA as modified and all other agreements and policies adopted between them to comply in all respects and at all times with the CPSL Act, including any future amendments to the CPSL Act, any regulations enacted pursuant to the Act and any administrative or court interpretations of the CPSL Act and it regulations. If it is later determined that one or more additional modifications are required to an agreement or policy in order to comply with the CPSL Act, then the Company and Union will cooperate in good faith to negotiate and agree upon the required modifications.

IN WITNESS WHEREOF, the Company and Union have caused this CPSL Policy to be adopted, and the CBA to be modified, effective July 1, 2015.

PACTIV LLC

By: _Courtney E. Kruse_
     Courtney E. Kruse
     Labor Relations Business Partner

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION ON BEHALF OF LOCAL UNION NO. 1876

By: _Jim Gulbronson_

Name: Jim Gulbronson

Title: USW Staff Representative