**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
jmeer@seyfarth.com
Bethany A. Pelliconi
bpelliconi@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
PACTIV LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILSON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACTIV LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:20-cv-01691-SB-KK<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 60)**<br><br>Date: June 24, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Pactiv LLC does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 60), and requests that the Motion be granted.

DATED: June 3, 2022             SEYFARTH SHAW LLP


By:   */s/ Bethany Pelliconi*
        Jon D. Meer
        Bethany A. Pelliconi
Attorneys for Defendant
PACTIV, LLC

---

1
DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

84098546v.1