JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACTIV LLC, <br><br> Defendant. | Case No. 5:20-cv-01691-SB-KK <br><br> Case No. 5:21-cv-00841-SB-KK <br><br> FINAL JUDGMENT |
| JACK RODRIGUEZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACTIV, LLC, <br><br> Defendant. | |

    For the reasons set forth in the Court's Order Granting Motion for Final Approval of Class Action Settlement and Granting in Part Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments, it is hereby ordered, adjudged, and decreed that judgment is entered in accordance with the Parties' Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement").  Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

1

With the exception of the following four individuals who opted out of the Settlement Class (Miguel Valadez Naranjo, Yang Pao Vue, Felipe Dela Cruz and Jorge Arias Orozco) this judgment shall be binding on: All persons who are employed or have been employed by Defendant Pactiv LLC in California as hourly-paid or non-exempt employees at any time during the time period from May 29, 2016 to July 1, 2022. These Participating Class Members have released and forever discharged the Released Parties (as defined in the Settlement Agreement) for any and all Released Class Claims:

> All claims that reasonably could have been raised based on the factual allegations made in the Complaints in the Actions during the Class Period, including: (i) all claims for alleged failure to pay straight time, overtime, or double time wages, failure to pay wages for off-the-clock work, and failure to pay other wages of any kind during employment either under the California Labor Code, the FLSA, or common law; (ii) failure to provide meal periods or pay meal period premiums; (iii) failure to provide rest periods or pay rest period premiums; (iv) failure to pay minimum wages; (v) failure to pay final wages due at separation; (vi) failure to provide accurate and itemized wage statements; (vii) claims brought under Business & Professions Code section 17200 et seq. including, but not limited to, all claims for unfair, unlawful and harmful conduct to Class Members, the general public and Defendant's competitors and claims of unlawfully gaining an unfair advantage over other businesses; (viii) PAGA claims for civil penalties due to any Labor Code violations by Defendant arising out of or reasonably related to facts alleged in the complaint including, but not limited to, Labor Code sections 201, 202, 203, 204, 226, 226.7, 510, 512, 1194, 1197, 1197.1, and 1198; (ix) claims arising from any violation of any applicable Wage Order; (x) claims for failure to reimburse expenses; (xi) claims based on miscalculations of the regular rate of pay; (xii) claims based on failure to pay accrued vacation wages; (xiii) penalties of any nature; (xiv) interest; (xv) attorneys' fees and costs; and (xvi) any other claims arising out of or reasonably related to facts alleged in the respective Complaints filed in the Actions during the Class Period.

Additionally, all PAGA Members and the LWDA have released and forever discharged the Released Parties for any and all Released PAGA Claims: All claims asserted through California Labor Code §§ 2698, et seq., that reasonably arise out of or are related to the Released Class Claims during the PAGA Period.

2

Additionally, as provided in the Settlement Agreement, Plaintiffs Mark Wilson and Jack Rodriguez have released and forever discharged the Released Parties from any and all claims, known and unknown, asserted and not asserted, which either of them has or may have against the Released Parties, and expressly waive all rights and benefits conferred upon them by the provisions of Section 1542 of the California Civil Code.

Notice of Entry of this Judgment will be provided by CPT Group, Inc. through publication on CPT Group, Inc.'s website within seven (7) calendar days of entry of this Judgment.

This is a Final Judgment.

Date: February 21, 2023

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge